IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: JUNE 18, 2008
08CV3485
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

|   |   |
|---|---|
| RENISHAW PLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| TESA SA, and HEXAGON METROLOGY, INC. (also dba TESA USA, BROWN & SHARPE, INC., and SHEFFIELD MEASUREMENT, INC.), | ) |
| Defendants. | ) |

Case No.

Judge    PH

**Jury Trial Demanded**

## COMPLAINT AND JURY DEMAND

1.    Plaintiff, Renishaw plc, complains of Defendants, Tesa SA and Hexagon Metrology, Inc. (also doing business as TESA USA, Brown & Sharpe, Inc., and Sheffield Measurement, Inc.) (collectively "Hexagon"), as follows:

### THE PARTIES

2.    Plaintiff Renishaw plc is a corporation duly organized and existing under the laws of England and having a principal place of business at New Mills, Wotton-under-Edge, Gloucestershire GL12 8JR, England.  Renishaw plc manufactures precision measurement products, including probes and accessories for coordinate measuring machines (CMMs) and machine tools.

3.    Plaintiff Renishaw plc distributes its products in the United States through its wholly-owned subsidiary, Renishaw, Inc.  Renishaw, Inc. is an Illinois corporation with

a principal place of business at 5277 Trillium Boulevard, Hoffman Estates, Illinois 60192.

4.      On information and belief, Defendant TESA SA is a corporation duly organized and existing under the laws of Switzerland and having a principal place of business at Bugnon 38, CH-1020, Renens, Switzerland.  TESA SA manufactures precision measurement products, including probes and accessories for CMMs and machine tools. TESA SA operates as part of the Hexagon Metrology group of Hexagon AB, a Swedish company.

5.      On information and belief, Defendant Hexagon Metrology, Inc. is a Delaware corporation that is licensed to do business in Illinois (with an agent in Chicago) and has a number of places of business, including, among others, 1558 Todd Farm Dr., Elgin, Illinois 60123, and 250 Circuit Drive, North Kingstown, Rhode Island 02852. Hexagon Metrology, Inc. also does business as TESA USA, Brown & Sharpe, Inc., and Sheffield Measurement, Inc.  Hexagon Metrology, Inc. markets precision measurement products of TESA SA throughout the United States, including in this judicial district. Hexagon Metrology, Inc. operates as part of the Hexagon Metrology group of Hexagon AB, a Swedish company.

## JURISDICTION AND VENUE

6.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §271 *et. seq.*

7.      Exclusive original jurisdiction over the subject matter of this action is conferred on this Court pursuant to 28 U.S.C. §§1331 and 1338(a).

8.    Venue in this district is proper pursuant to 28 U.S.C. §§1391(b), (c) and (d), and 1400(b).

## COUNT 1: PATENT INFRINGEMENT

9.    Paragraphs 1-8 set forth above are incorporated by reference as though set forth here in full.

10.    Renishaw plc is the sole owner of U.S. Patent No. 5,505,005 (the "005 Patent"), entitled "Touch Probe," which issued on April 9, 1996.

11.    Renishaw plc is the sole owner of U.S. Patent No. 6,012,230 (the "230 Patent"), entitled "Inspection System for Coordinate Positioning Machine," which issued on January 11, 2000.

12.    Renishaw plc is the sole owner of U.S. Patent No. 5,327,657 (the "657 Patent"), entitled "Touch Probe," which issued on July 12, 1994.

13.    Renishaw plc manufactures products covered by the 005, 230, and 657 Patents (collectively "Renishaw Patents").  Renishaw, Inc. distributes those products in the United States.

14.    Hexagon has infringed and is continuing to infringe the Renishaw Patents by making, using, offering to sell, and/or selling in the United States, and/or importing into the United States, products and/or methods that are encompassed by claims of the Renishaw Patents, by inducing others to infringe the Renishaw Patents, and/or by contributing to others' infringement of the Renishaw Patents.  On information and belief, Hexagon will continue to infringe the Renishaw Patents unless and until enjoined by this Court.

3

15.    Hexagon had prior knowledge of at least two of the Renishaw Patents, and therefore, on information and belief, has infringed one or more of the Renishaw Patents willfully, deliberately, and with objective recklessness, thereby rendering this case exceptional under the United States patent laws.

### JURY DEMAND

Renishaw plc demands a trial by jury of all issues so triable, pursuant to Fed. R. Civ. P. 38.

### PRAYER FOR RELIEF

WHEREFORE, Renishaw plc prays that this Court grant the following relief and judgment:

A.    A finding and judgment that Hexagon has infringed the Renishaw Patents;

B.    Preliminary and permanent injunctions against Hexagon, its officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them who receive actual notice of such injunctions, from infringing, contributing to the infringement of, or inducing infringement of the Renishaw Patents, as well as all further and proper relief under 35 U.S.C. §283;

C.    An accounting of damages sustained by Renishaw plc by reason of Hexagon's infringement of the Renishaw Patents, including, but not limited to, Renishaw plc's lost profits, together with interest thereon, such damages to be trebled pursuant to 35 U.S.C. §284;

D.    An award to Renishaw plc (and assessment against Hexagon) of Renishaw plc's costs, disbursements and attorneys' fees for this action, including but not limited to those pursuant to 35 U.S.C. §285; and

4

E.      Such further relief as this Court deems just and appropriate.

Respectfully submitted,

RENISHAW PLC

Dated: June 18, 2008                    By:
                                             Patrick G. Burns
                                             GREER, BURNS & CRAIN
                                             300 South Wacker Drive
                                             Suite 2500
                                             Chicago, Illinois   60606
                                             Telephone: (312) 360-0080
                                             Facsimile: (312) 360-9315

                                             James A. Oliff
                                             Edward P. Walker
                                             John W. O'Meara
                                             Aaron L. Webb
                                             John A. Radi
                                             OLIFF & BERRIDGE, PLC
                                             277 South Washington Street
                                             Suite 500
                                             Alexandria, Virginia   22314
                                             Telephone: (703) 836-6400
                                             Facsimile: (703) 836-2787

                                             Attorneys for Plaintiff Renishaw plc



# United States Patent [19]

**McMurtry et al.**

[11]  **Patent Number:**  **5,505,005**

[45]  **Date of Patent:**  **Apr. 9, 1996**

[54]  **TOUCH PROBE**

[75]  Inventors: **David R. McMurtry,** Wotton-Under-Edge; **David Wilson,** Stonehouse; **Peter K. Hellier,** North Nibley; **Peter Hajdukiewicz,** Wotton-Under-Edge, all of United Kingdom

[73]  Assignee: **Renishaw PLC,** Gloucestershire, United Kingdom

[21]  Appl. No.: **272,426**

[22]  Filed: **Jul. 11, 1994**

**Related U.S. Application Data**

[63]  Continuation-in-part of Ser. No. 836,729, Feb. 19, 1992, Pat. No. 5,339,535, which is a continuation-in-part of Ser. No. 768,433, Sep. 26, 1991, abandoned.

[30]  **Foreign Application Priority Data**

| Feb. 23, 1990 | [GB] | United Kingdom | 9004117 |
| Oct. 1, 1991 | [GB] | United Kingdom | 9120818 |
| Nov. 9, 1991 | [GB] | United Kingdom | 9123853 |

[51]  Int. Cl.$^6$ ............................................ **G01B 5/012**

[52]  U.S. Cl. ................................................. **33/561; 33/558**

[58]  Field of Search ............................ 33/556, 557, 558, 33/559, 560, 561

[56]  **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 4,084,323 | 4/1978 | McMurtry . |
| 4,153,998 | 5/1978 | McMurtry . |
| 4,177,568 | 12/1979 | Werner et al. . |
| 4,187,614 | 2/1980 | Abiru et al. . |
| 4,349,946 | 9/1982 | McMurtry . |
| 4,462,162 | 7/1984 | McMurtry . |
| 4,523,382 | 6/1985 | Werner et al. . |
| 4,562,646 | 1/1986 | Dall'Aglio . |
| 4,581,826 | 4/1986 | Ernst . |
| 4,637,119 | 1/1987 | Schneider et al. . |
| 4,651,405 | 3/1987 | McMurtry . |
| 4,679,332 | 7/1987 | Lüthi . |
| 4,688,307 | 8/1987 | Schneider et al. . |

08CV3485

JUDGE PALLMEYER

MAGISTRATE JUDGE NOLAN

PH

| | | |
|---|---|---|
| 4,734,994 | 4/1988 | Cusack . |
| 4,813,151 | 3/1989 | Hajdukiewicz et al. . |
| 4,815,214 | 3/1989 | Enderle et al. . |
| 4,817,362 | 4/1989 | Archer . |
| 4,916,825 | 4/1990 | Breyer . |
| 4,938,083 | 7/1990 | Gurny et al. . |
| 4,972,594 | 11/1990 | Gurny et al. . |
| 5,024,003 | 6/1991 | Breyer . |
| 5,041,806 | 8/1991 | Enderle et al. . |
| 5,048,194 | 9/1991 | McMurtry . |
| 5,084,981 | 2/1992 | McMurtry et al. . |
| 5,327,657 | 7/1994 | Hajdukiewicz et al. .................. 33/556 |
| 5,339,535 | 8/1994 | McMurtry et al. ...................... 33/561 |
| 5,345,689 | 9/1994 | McMurtry et al. ...................... 33/556 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 0146697 | 7/1985 | European Pat. Off. . |
| 0392660 | 10/1990 | European Pat. Off. . |
| 0426492A2 | 5/1991 | European Pat. Off. . |
| 3811851A1 | 10/1989 | Germany . |
| 64-35202 | 2/1989 | Japan . |
| 1095-028-A | 5/1984 | U.S.S.R. . |
| 2101325 | 1/1983 | United Kingdom . |
| WO89/05210 | 6/1989 | WIPO . |
| WO89/05435 | 6/1989 | WIPO . |
| WO90/04149 | 4/1990 | WIPO . |

*Primary Examiner*—Thomas B. Will
*Attorney, Agent, or Firm*—Oliff & Berridge

[57]  **ABSTRACT**

A touch probe includes a stylus module (**54**) and a sensing module (**52**) to which the stylus module is releasably securable by a magnetic coupling. The sensing module comprises a strain sensitive load cell on which the stylus module is supported, and which senses strain in the stylus on contact with a surface. The stylus module provides for overtravel of the probe; a stylus-supporting member being biased into a kinematic rest position with respect to the casing of the stylus module. The biasing force in the stylus module is chosen with regard to the length and configuration of stylus. This modular system enables automated stylus changing without the need to adjust the biasing force on the stylus-supporting member when different lengths of styli are employed.

**5 Claims, 6 Drawing Sheets**





Fig.1.



Fig.2.



Fig. 3A.

Fig. 3B.

Fig. 4.

Fig. 5.



Fig. 6.





FIG. 7



FIG. 8

1

**TOUCH PROBE**

RELATED APPLICATIONS

This is a continuation-in-part of U.S. patent application Ser. No. 07/836,729, filed on Feb. 19th, 1992, now U.S. Pat. No. 5,339,535, which is a continuation-in-part of U.S. patent application Ser. No. 07/768,433, filed on Sep. 26th, 1991, which is the U.S. National Phase of International Application PCT/GB91/00293, filed on Feb. 25th, 1991.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a touch probe which carries a surface contacting stylus, and is used on a coordinate positioning machine (such as a coordinate measuring machine or machine tool) to sense the position of, for example, a workpiece surface. More particularly, the invention relates to a touch probe on which a number of different styli may be interchangeably supported.

One type of known touch probe is a "touch-trigger" probe. Touch-trigger probes emit a trigger signal upon sensing contact between a stylus carried by the probe and a surface. Typically, such a probe comprises a fixed structure, such as a housing, by which the probe may be supported on the movable arm of a coordinate positioning machine, and a stylus-supporting member, to which the stylus is connectable, supported within the housing in a rest position. The stylus-supporting member may be displaced from the rest position when a deflecting force is applied to the stylus, typically as a result of contact between the sensing tip of the stylus and the surface of a part to be inspected, during movement of the movable arm, and thus the probe, relative to the surface (this is known as "overtravel"). A biasing force is provided to bias the supporting member into the rest position, so that irrespective of the orientation of the probe, upon removal of the deflecting force the supporting member returns precisely to the rest position. Such a probe is known from U.S. Pat. No. 4,153,998.

It is frequently necessary to inspect parts of a relatively complex shape, having surfaces which are oriented in a variety of directions. One way to perform such inspection is to provide a probe with a suitably shaped stylus, which has one or more sensing tips oriented in such a way that the surface of the part to be inspected my easily be contacted. In order to provide a truly flexible measuring system however, it is desirable to provide automatic changing of one or more such styli on a probe.

2. Description of Related Art

Such an automatic stylus-changing system is known from, for example, U.S. Pat. No. 4,637,119, in which an electromagnetic clamping device is provided on the stylus-supporting member to enable releasable clamping of a plurality of different styli to the stylus-supporting member.

A further type of stylus changing system is known from U.S. Pat. No. 4,349,946 and EP 343237, in which styli are releasably retained by means of a bayonet-type connection. In U.S. Pat. No. 4,349,946 the bayonet connection is provided between the stylus and stylus-supporting member, with the relative rotation required to perform an exchange operation being provided by a motor in the probe which rotates the stylus-supporting member. EP 343237 discloses a releasable bayonet connection between an entire stylus-supporting member and probe; the relative rotation for an exchange operation is generated by means of relative trans-

2

lational motion between the probe and a magazine containing the stylus-supporting member.

All of the above-mentioned stylus-changing systems are relatively complex. Additionally, each of these systems suffers from the problem that different lengths of styli ideally require different biasing forces (a) due to the different weights of their differing lengths and (b) to prevent over-loading of short styli. Manual adjustment of the biasing force each time a stylus is changed is impractical since such a stylus changing system is ideally automated to provide flexible part inspection. Automatic adjustment mechanism for the biasing force (such as the one shown in U.S. Pat No. 5,024,003) are complex and undesirably add to the weight of the probe.

SUMMARY OF THE INVENTION

A first aspect of the present invention provides a touch probe for a coordinate positioning machine, having an elongate stylus, and means for detecting contact of said stylus with an object, wherein said probe includes a retaining module and a stylus module which is releasably and repeatably retainable on the retaining module, thereby to enable the exchange of one configuration of stylus for another, and thus the inspection of differently oriented surfaces of a part under inspection, wherein: said retaining module comprises:

means for enabling rigid connection thereof to the movable arm of the machine:

a first set of engagement elements for receiving the stylus module; and

a first ferromagnetic element; and said stylus module comprises:

a supporting structure, having a second set of engagement elements provided thereon, engageable with said first set of engagement elements, thereby to enable repeatable location of said stylus module on said retaining module;

a second ferromagnetic element, provided on said support structure, for cooperating with said first ferromagnetic element to releasably retain said stylus module on said retaining module;

a movable stylus supporting member for carrying said stylus, the movable member being supported relative to the support structure in a rest position, from which it may be displaced when a deflecting force is applied to the stylus, and to which it may return when said force is removed; and biasing mums for biasing the movable member into the rest position, said biasing means acting between said support structure and said movable member.

This modular approach to stylus changing is relatively simple by comparison with the prior art, the robustness of the modules enabling the magnetic connection to be broken by means of the movement of the machine.

In addition, if desired, the modular approach of the present invention enables each stylus module to have a suitably chosen biasing force for biasing the stylus-supporting member into its rest position, and thus when one stylus module is exchanged for another, the biasing force on the stylus-supporting member of each stylus module is appropriate for the length and configuration of stylus of that module.

The sensing means may be provided either in the retaining module, or the stylus module. When the sensing means is situated within the retaining module, sensing may be provided either by sensors of the strain sensing type, see e.g.

5,505,005

3

U.S. Pat. Nos. 4,813,151 or 4,177,568, or of the more conventional type such as those disclosed in e.g. U.S. Pat. No. 4,153,998. When the sensing means is provided within the stylus module, sensing will preferably be by means of conventional sensors, such as those disclosed in U.S. Pat. No. 4,153,998.

On advantage of providing the sensing means in the retaining module is that the need for any signal communication links between modules is obviated. The stylus module thus serves purely as an overtravel device substantially simplifying the construction.

In one embodiment when strain sensors are employed in the retaining module, strain (resulting from deformation of the stylus) is transmitted through the support structure of the stylus module to a strain-sensitive load cell within the retaining module. The strain-sensitive load cell is preferably relatively stiff to avoid mechanical hysteresis, and to give the correct dynamic range of response to strain without significant deflection of the load cell. In one example, the load cell comprises two structures, one of which is connected directly to the fixed structure of the retaining module, the other of which supports the stylus module, the two structures being interconnected by one or more areas of relative weakness on each of which one or more strain-sensitive elements are provided.

Preferably in each alternative embodiment of the present invention, the stylus module will be kinematically retained on the retaining module, thus providing high positional repeatability of the stylus module. The magnetic connection between modules provides additional crash protection.

BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the invention will now be described, by way of example, and with reference to the accompanying drawings in which:

FIG. 1 is a vertical cross-section through a first embodiment of probe according to the present invention:

FIG. 2 is a horizontal cross-section on the line II—II in FIG. 1;

FIGS. 3A and 3B show perspective views of a retaining module and stylus module according to a second embodiment of the present invention;

FIG. 4 shows a vertical cross-section through the retaining module and stylus module of FIGS. 3A and 3B;

FIG. 5 shows a detail of FIGS. 3B and FIGS. 4;

FIG. 6 shows a vertical cross-section through a third embodiment of probe according to the present invention;

FIG. 7 shows a vertical cross-section through a fourth embodiment of probe according to the present invention; and

FIG. 8 is a section on VIII—VIII in FIG. 7.

Referring firstly to FIG. 1, a probe 10 can be attached to the movable arm of a coordinate positioning machine such as a coordinate measuring machine or machine tool, which can then move the probe relative to a workpiece to be measured. The probe 10 comprises a retaining module 12, and a stylus module 14; the stylus module 14 provides for the necessary overtravel when the stylus 18 is deflected by such contact in any horizontal direction, ±X, ±Y, and in the vertical direction ±Z.

The stylus module 14 comprises a support structure 20, within which a movable stylus supporting member 22 is located in a rest position on a kinetic mount. A kinematic mount provides a very precisely defined rest position, as is

4

well known. Various forms of kinematic mount are known in the art, and may be used. For example, some form are described in U.S. Pat. No. 4,153,998 and in "Bauelemente der Physikalischen Technik" by Pollermann, Chapter 4. In general a kinematic mount between two bodies is formed by engagement of two sets of elements, one set on each body. It is generally possible, given one set of engagement elements suitable for forming a kinematic support, to determine the form of a corresponding set of elements required to provide a kinematic mount when the two sets of elements come into engagement.

In the present embodiment, as seen in FIGS. 1 and 2, the kinematic mount comprises a first set of engagement elements provided by three radially-extending V-grooves 24 in the support structure 20 of the stylus module 14. These grooves are open in the upwards direction, and are spaced at 120° apart from each other around the vertical axis of the probe. The underside of the stylus-supporting member 22 has a second set of engagement elements provided by three corresponding balls 26 affixed thereto. The balls 26 are biased into their respective V-grooves 24 by a compression spring 28 acting between the stylus-supporting member 22 and the support structure 20. The biasing force exerted by the compression spring 28 is chosen with regard to the length and/or configuration of the stylus.

In normal use of the probe, when the stylus tip 16 contacts the workpiece in any horizontal direction, the stylus 18 and the stylus-supporting member 22 tilt about at least one of the balls 26, and one or two of the other balls disengage from their respective V-grooves 24. This provides for the necessary overtravel of the probe without causing damage in normal circumstances. Likewise, the stylus 18 and the stylus-supporting member 22 can be deflected bodily upwards (in the +Z direction) when the probe is brought vertically downwards onto a workpiece. In this case, all the balls 26 disengage from their respective V-grooves 24. When the probe is again moved so that the stylus no longer contacts the workpiece, the stylus-supporting member 22 is returned to its original precisely defined rest position relative to the support structure 20 under the action of the bias provided by the spring 28.

The stylus module 14 is retained on a load cell, here provided by a plate, board or wafer 30 within the retaining module 12, which contains appropriately sensitive sensors and which may also if desired carry electronic circuits associated with the sensors, e.g. to develop a trigger signal each time the sensing tip 16 of the stylus 18 contacts a workpiece. Suitably, the sensors are sensitive to minute strains or deformations. Such strains typically result from deformation of the stylus 18 which occurs upon contact of the stylus with a workpiece, and prior to any displacement of the stylus-supporting member 22 from its rest position. These strains are transmitted through the support structure 20 of the stylus module 14 and to the plate or board 30 whenever such contact occurs; the trigger signal is generated whenever the outputs of such strain sensors exceed a predetermined trigger threshold. The sensors may for example be strain gauges mounted on the plate 30, or on pillars 32 by which the plate 30 is mounted to the fixed structure of the retaining module (provided by the housing 34) as described in U.S. Pat. No. 4,813,151. Alternatively, the board or wafer 30 may be a hybrid integrated circuit, including semiconductor strain gauge elements and the associated electronic circuits. Such a hybrid integrated circuit may be fabricated using thick film technology.

The mounting between the stylus module 14 and the plate, board or wafer 30 takes the form of a further kinematic

5

6

mount. Again, any of the well known forms of kinematic mount may be used, but in the example shown here three radially-extending V-grooves 36 are provided on the underside of the board 30, spaced at 120° intervals around the axis of the probe. Balls 38 are fixed to the upper side of the stylus module support structure 20 and locate in respective ones of the V-grooves 36. This ensures that the stylus module 14 has a precisely defined rest position relative to the retaining module 12, and together with the kinematic mount of the stylus-supporting member 22 relative to the stylus module 14, the precisely defined rest position of the stylus 18 relative to the retaining module 12, and thus the movable arm of the machine is assured. This obviates the need to re-datum the probe each time one stylus module is exchanged for another. The balls 38 are biased into the V-grooves 36 by means of a permanent magnet 40 provided on the plate 30, which attracts a soft iron striker plate 42 on the upper surface of the stylus module 14 thereby retaining the stylus module 14 on the retaining module 12, while enabling easy interchange of one stylus module 14 for another. However, it will be appreciated that other releasable retaining means may be provided, e.g. such as those disclosed in case W085/02138 or U.S. Pat. No. 4,349,946.

The stylus-supporting member 22 is provided with a horizontally extending flange 44. When the stylus 18 is in its rest position, this flange 44 is located under a bottom annular edge 34A of the housing 34, spaced apart from the edge 34A by a gap. This gap is of sufficient size so that the flange 44 does not interfere with the normal operation of the probe described above. However, the flange 44 is useful should a collision accidentally arise in which the movement of the movable arm of the machine is not braked when the stylus 18 hits a workpiece as the probe travels towards that workpiece, e.g. because of faulty programming of a computer which controls the movement of the machine. In such a collision, the flange 44 acts to protect the fragile plate, board or wafer 30 and the sensitive components located on it.

Where such a collision occurs while the probe is travelling horizontally, at first the stylus-supporting member 22 tilts as described above. During this normal tilting, the spring 28 gives way and limits the loading on the plate 30. When the tilting becomes excessive, the bottom edge 34A of the housing 34 touches the bottom edge 34A of the housing 34 at one point, and loading then occurs directly between the flange 44 and the housing 34. As the probe overtravels further, the entire stylus module 14 starts to tilt about one or two of the balls 38, and the other ball or balls 38 disengage from their respective V-grooves 36. As such excessive tilting continues, the striker plate 42 moves away from the magnet 40, so that the magnet 40 is no longer able to hold the stylus module 14 in place. The stylus module 14 and the attached stylus 18 then simply fall out of the housing 34, and damage to the fragile (and expensive) board or plate 30 is avoided.

If the collision with the workpiece occurs vertically, in the +Z direction, then as described above the stylus-supporting member 20 lifts bodily within the stylus module 14. Again, the stress on the board or plate 30 is limited by the spring 28. When the overtravel becomes excessive, the flange 44 again contacts the bottom edge 34A of the housing 34. In this case, tilting of the stylus module 14 is not possible but nevertheless all the loading is taken between the flange 44 and the housing 34, and excessive loading of the plate 30 is avoided. Inevitably, the stylus 18 may be damaged, but this is a cheap, and easily replaceable item when compared with the board 30.

Referring now to FIGS. 3 to 5, a second embodiment of a probe 50 comprises a retaining module 52 on which a

stylus module 54 is magnetically and releasably retained. The retaining module 52 determines contact between the sensing tip 56 of a stylus 58 and a surface, and the stylus module 54 provides overtravel of the stylus 58 relative to the retaining module to prevent collision damage.

The retaining module 52 comprises a fixed structure provided by a cylindrical housing 60 having an end wall 62 on which a screw-threaded boss 63 is provided, by which the probe 50 may be connected to the movable arm of a coordinate positioning machine. A load cell 64 is supported on the end wall 62 and comprises two portions: a cage 66 of triangular cross-section which is used to support processing electronics for the retaining module and an annular retaining ring 68 upon which the stylus module 54 is supported. The cage 66 and retaining ring 68 are interconnected by an area of relative weakness provided by three pillars 70. A semiconductor strain gauge (not shown) is supported on each of the pillars 70 to sense strain in the pillar 70 transmitted through the stylus module 54 as a result of contact between the sensing tip 56 of the stylus 58 and the surface of a part to be inspected. The pillars should be sufficiently stiff to avoid hysteresis, and sufficiently yieldable to allow detectable strain to occur in them. When the strain in the strain gauge exceeds a predetermined threshold the signal processing electronics of the retaining module 52 emit a trigger signal which is sent to the machine control in the usual manner. The strain gauges and processing electronics are described more fully in U.S. Pat. Nos. 4,813,151 and 4,817,362 and will not be described further here.

The annular retaining ring 68 comprises an outer ring 72 which carries three equi-spaced balls 74, and a magnet 76 retained inside the outer ring 72 by an inner ring 78.

The stylus module 54 comprises support structure provided by a substantially cylindrical casing 80 whose axis is coaxial with the axis of the stylus 58, and which supports a movable stylus-supporting member 82 in a kinematic rest position. The stylus-supporting member 82 comprises a central body 84 carrying three rollers 86 which extend radially with respect to the cylindrical casing 80. Each of the rollers 86 projects through a longitudinally extending slot 88 provided in the wall of the casing 80 and rests against a pair of shoulders 90 provided at the base of each of the slots 88 (see FIG. 5). The stylus-supporting member 82 is biased into the kinematic rest position (in which each of the rollers 86 rests against a pair of shoulders 90) by a spring 92, and the force on the stylus-supporting member 82 is chosen to be commensurate with the restoring force required to return the supporting member to its kinematic rest position having regard to the length and configuration of the stylus 58. The casing 80 terminates at its upper end in a circular flange 94 having three radially extending v-grooves 96 provided in its upper surface. A magnet 98 supported by a collar 100 co-operates with the magnet 76 provided on the retaining module 52 to retain the stylus module 54 thereon. The stylus module 54 is kinematically retained on the retaining module 52 by seating of each of the balls 74 in the convergent surfaces provided by a v-groove 96. The kinetic support between the stylus module 54 and the retaining module 52 ensure high positional repeatability for the sensing tip 56 of the stylus 58 of a given stylus module 54 relative to the retaining module 52 (and therefore relative to the movable arm of the machine on which the probe 50 is supported) over a large number of interchange operations of the particular stylus module 54.

A deflecting force on the sensing tip 56 of the stylus 58 (due to the probe 50 being driven by the machine so that the sensing tip 56 contacts a surface) will initially cause the

5,505,005

7

stylus **58** to deform slightly, prior to any movement of the stylus-supporting member **82** from the rest position. This deformation (or strain) in the stylus **58** is transmitted through the casing **80** of the stylus module to the strain-sensitive load cell, causing strain in the pillars **70** and the associated =train gauges, which in turn causes the associated electronic circuitry to emit a trigger signal (indicating stylus-workpiece contact) at a predetermined level of strain. As the deflecting force increases due to the movable arm of the machine "overtravelling" the point of contact between the stylus **54** and the surface, the stylus-supporting member **82** will be displaced from its rest position against the action of spring **92**. One or more of the rollers **86** will thus lift off the shoulders **90** and move upwards in the slots **88**.

It is not essential for the strain-sensitive load cell to include strain gauges. Other strain sensitive sensors, such as capacitive sensors (e.g. piezoelectric elements), or optical strain sensitive elements such as birefringent elements may be used. In these alternative arrangements the area of weakness which, for example, interconnects the two parts of the load cell, should have a stiffness chosen in accordance with the sensitivity of the sensitive elements employed. When the elements are sufficiently stiff (e.g. piezoelectric elements) the area of weakness may be provided by the elements themselves.

Potential damage to the pillars **70** (and strain gauges supported thereon) due to excessive upward deflection of supporting member **82** is avoided by providing a skirt **102** supported on the end of the rollers **86**, which extends around the casing **80**. Upward movement of the stylus **58** (and thus the supporting member **82** and skirt **102**) by an amount greater than the distance Z indicated in FIG. 4, will result in the skirt **102** coming into contact with the housing **60**. While this is obviously undesirable, it represents an important safety feature in that excessive upward movement of the stylus **58** will not damage delicate sensors of the retaining module **52**; excessive movement of the stylus **58** in either of the two directions (X or Y) perpendicular to the Z direction wall simply result in the stylus module **54** becoming disconnected from the retaining module **52** because the magnetic force between the magnets **76** and **98** has been exceeded by the lateral force on the stylus **58**.

A third embodiment of the probe according to the present invention provides an alternative form of stylus module for use with the retaining module **52** of FIGS. 3A and 4. Referring now to FIG. 6, a probe **120** comprises a retaining module **122** and a stylus module **124**. The retaining module **122** is identical to the retaining module of FIGS. 3A and 4 and will not be described further.

The stylus module **124** has a supporting structure provided by an upper casing **126** and a lower casing **128**; the upper **126** and lower **128** casings being interconnected by three bolts **130**, which extend axially with respect to the stylus **132** Of the retaining module **124**. A movable stylus-supporting member **134**, having three rollers **136** which extend radially with respect to the stylus **132**, is kinematically supported on the lower casing **128** by seating of each of the rollers **136** in the convergent surfaces defined by an adjacently positioned pair of balls **138** supported in the lower casing **128**. A spring **140**, acting between the upper and lower casings **126**, **128** of the stylus module **124** urges the stylus-supporting member **134** into its kinematically defined rest position. As described with reference to FIGS. 1 to 4 above, contact between the sensing tip **142** 0f the stylus **132** and a surface whose position is to be measured results-initially in a deformation of the stylus **132** which is sensed by the retaining module, and subsequently in a

8

deflection of the stylus-supporting member **134** from its kinematic rest position.

A floating annular skirt **150** is provided between the upper **126** and lower **128** casings of the stylus module **124**. The distal end of the skirt **150** with respect to the housing **60** of the retaining module is received inside the lower casing **128**, and has a smaller diameter than the casing **128**. The proximal end of the skirt **150** has a diameter corresponding to that of the housing **60**, and confronts the housing **60**. An inwardly depending annular flange **152** provides an abutment for the stylus-supporting member **134** when deflection of the supporting member **134**, in a direction indicated in the Figure as the Z direction, exceeds a predetermined threshold. The dimensions of the skirt **150** are chosen such that the distance D1 between the proximal end of the skirt and the housing **60** is smaller than the distance D2 between the flange **152** and the upper casing **126** of the stylus module **122**. Thus, if the stylus-supporting member **134** is excessively displaced in the Z direction the member **134** will first abut the flange **152**, whereupon both the supporting member **134** and the shirt **150** will move together. However, because the distance D1 is smaller than the distance D2, the supporting member **134** and skirt **150** will come into contact with the housing **60** before any force is exerted on the upper casing **126** of the retaining module **122** (and thus the load cell **64** of the retaining module **122**). This arrangement protects the sensitive pillars **70** and semi-conductor strain gauges provided thereon. Because the skirt **150** is displaceable through only a limited range of movement, and only in a single direction, the skirt **150** provides a good degree of sealing of the stylus module **124** from the ingress of dust or other contaminants which may prevent accurate re-seating of the stylus-supporting member **134** in the kinematic rest position.

A fourth embodiment of probe will now be described with reference to FIGS. 7 and 8. A probe includes a retaining module **222** on which a stylus module **224** is releasably retainable. The retaining module **222** includes a housing **240**, having a retaining bush **242**, of plastics material, retained in the housing at one end by a grub screw **244**. The other end of the housing **240** is closed by means of a pair of ceramic inserts **246**, **248**, separated by a printed circuit board **250**. The insert **248** retains a permanent magnet **252**, together with three equispaced balls **256**, which, as with previous embodiments, form one part of a kinematic location for the stylus module **224** on the retaining module **222**. The probe is retained on the movable arm of a coordinate positioning machine by means of a screw-threaded boss **260**, provided on one end of a coaxial connecting rod **262**, having a screw-threaded engagement with the plastic retaining bush **242**. The end of the connecting rod **262** distal to the boss **260** screw-threadly engages ceramic insert **246** and abuts the printed circuit board **250**. The circuit board **250** makes individual electrical connections between the inner and outer electrodes **264**, **266** of connecting rod **262** and a pair of axially extending spring-loaded electrical connecting pins **268**.

The stylus module **224** comprises, as previously, upper and lower casings **226**, **228**, secured to each other by means of three axial extending bolts **230**; a permanent magnet **270**, which cooperates with magnet **252** to kinematically retain the stylus module **224** on the retaining module **222** by means of engagement between three radially extending v-grooves **272**, provided on the upper casing **226**, with the three balls **256**; and a stylus-supporting member **234** biased into a kinematic rest position with respect to the lower casing **228**, provided by three pairs of balls **238** and three radially

5,505,005

9

extending rollers **236**. In addition however, the stylus module **224** further comprises six electrically conducting helical springs **280**, extending between each of the balls **238**, and an annular printed circuit board **282**, provided on the upper casing **226**. The springs **280** and printed circuit board **282** cooperate to create a series electrical circuit which incorporates each of the contact points between a ball **238** and a roller **23**. The circuit board **282** provided connection of the electrical circuit to a pair of terminals **286**, provided on the top face of the upper casing **226**. When the stylus module **224** is engaged with the retaining module **222**, each of the electrical terminals **286** contacts a spring loaded pin **268**, thus enabling electrical connection of the electrical circuit which incorporates the balls **238** and rollers **236** to suitable processing circuitry provided e.g. on route to the machine control (via rod **262**).

Contact between the sensing tip **242** of the stylus **232** and a workpiece may be detected by measuring small-scale changes in the resistance of the electrical circuit, as disclosed in U.S. Pat. No. 4,153,998.

The probe embodiments described above may be employed on a machine to provide a flexible measuring system by virtue of the ability to change styli. To this end, a rack containing a plurality of stylus modules, each having a stylus configuration suitable for a particular measuring operation and a biasing force appropriate for the stylus configuration concerned, may be provided on the machine. An example of such a rack is shown in U.S. Pat. No. 4,688,307.

We claim:

1. A touch probe for a coordinate positioning maching, having an elongate stylus, and means for detecting contact of said stylus with an object, wherein said probe includes a retaining module and a stylus module which is releasably and repeatably retainable on the retaining module, thereby to enable the exchange of one configuration of stylus for another, and thus the inspection of differently oriented surfaces of a part under inspection, wherein:

said retaining module comprises:

a fixed structure;

means for enabling rigid connection of the fixed structure to a movable arm of the machine;

a first set of engagement elements provided on the fixed structure for receiving the stylus module; and

10

a first ferromagnetic element connected to said fixed structure,

and said stylus module comprises:

a supporting structure, having a second set of engagement elements provided thereon, engageable with said first set of engagement elements, thereby to enable repeatable location of said stylus module on said retaining module;

a second ferromagnetic element, provided on said supporting structure, for cooperating with said first ferromagnetic element to releasably retain said stylus module on said retaining module; and

a movable stylus supporting member for carrying said stylus, the movable stylus supporting member being supported relative to the supporting structure in a rest position, from which said movable stylus supporting member may be displaced when a deflecting force is applied to the stylus, and to which said movable stylus supporting member may return when said force is removed; and biasing means for biasing the movable stylus supporting member into the rest position, said biasing means acting between said supporting structure and said movable stylus supporting member.

2. A touch probe according to claim 1 wherein said means for detecting contact is provided within said retaining module.

3. A touch probe according to claim 2 wherein said means for detecting comprises means for sensing strain, resulting from deformation of the stylus, and transmitted from said stylus to said retaining module via the supporting structure of the stylus module.

4. A touch probe according to claim 1 wherein a plurality of first locating elements are provided on said movable member, and a plurality of second locating elements are provided upon said supporting structure, said first and second locating elements cooperating to provide a kinematic location of said movable member relative to said supporting structure.

5. A touch probe according to claim 4 wherein said means for detecting contact comprises an electrical circuit incorporating points of contact between said first and second locating elements.

*  *  *  *  *

# United States Patent [19]

**McMurtry et al.**

[11] **Patent Number:** 6,012,230

[45] **Date of Patent:** Jan. 11, 2000

[54] **INSPECTION SYSTEM FOR COORDINATE POSITIONING MACHINE**

[75] Inventors: **David R McMurtry,** Wotton-under-Edge; **Graham A Hellen,** Bristol; **Jonathan S Sullivan,** Farnborough, all of United Kingdom

[73] Assignee: **Renishaw PLC,** Gloucestershire, United Kingdom

[21] Appl. No.: **09/303,666**

[22] Filed: **May 3, 1999**

### Related U.S. Application Data

[63] Continuation of application No. 08/952,144, Nov. 10, 1997.

[30] **Foreign Application Priority Data**

Mar. 16, 1996 [GB] United Kingdom .................... 9605609

[51] **Int. Cl.⁷** ................................................ **G01B 21/04**
[52] **U.S. Cl.** ........................................ **33/559**; 33/560
[58] **Field of Search** ........................... 33/503, 556, 557, 33/559, 560, 561

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,649,623 | 3/1987 | Schneider et al. ...................... 33/561 |
| 4,972,594 | 11/1990 | Gurny et al. .......................... 33/561 |
| 5,024,003 | 6/1991 | Breyer ................................. 33/559 |
| 5,028,901 | 7/1991 | Enderle et al. ....................... 33/561 |
| 5,041,806 | 8/1991 | Enderle et al. ....................... 33/561 |
| 5,101,548 | 4/1992 | McMurtry et al. ..................... 901/41 |
| 5,327,657 | 7/1994 | Hajdukiewiez et al. ................ 33/503 |
| 5,505,005 | 4/1996 | McMurtry et al. ..................... 33/558 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| B2 142 373 | 5/1985 | European Pat. Off. . |
| 25 51 361 | 6/1976 | Germany . |
| 63-4454 | 1/1988 | Japan . |
| 2 167 559 | 5/1986 | United Kingdom . |
| WO 93/01466 | 1/1993 | WIPO . |
| WO 93/09398 | 5/1993 | WIPO . |

#### OTHER PUBLICATIONS

Renishaw Electrical Limited Sales Brochure, "Autochange Flexible Probe System for Coordinate Machines", published Aug. 1984.

*Primary Examiner*—G. Bradley Bennett
*Attorney, Agent, or Firm*—Oliff & Berridge, PLC

[57] **ABSTRACT**

A coordinate measuring machine carries a modular touch trigger probe **100**, via an adaptor **200**, on its movable arm **10**. The probe **100** consists of a retaining module **102** which is mounted to the adaptor **200**, and a stylus module **104** which is magnetically connected to the retaining module **102** in a manner which enables the exchange of one stylus module **104** for another. The adaptor consists of a pair of coupling members **202,204** which are urged into mutual engagement by magnets **212**. Automatic exchange of stylus modules occurs by using movement of the arm **10** to disengage a stylus module **104** from the retaining module **102**. Similarly, the exchange of one probe for another is carried out by using movement of the arm **10** to disengage the lower coupling member **204** from the upper coupling member **202**. Because magnetic attraction between the coupling members **202,204** is necessarily greater than the attraction between retaining and stylus modules **102,104**, lower coupling member **204** has three levers **222**, operable by downward relative movement of a release ring **220**, which occurs during uncoupling. The levers **222** provide the mechanical advantage necessary to enable movement of the arm **10** to overcome the relatively large magnetic attraction force between coupling members **202,204**.

**1 Claim, 17 Drawing Sheets**

08CV3485

JUDGE PALLMEYER

MAGISTRATE JUDGE NOLAN

PH









Fig.2.



Fig.3.



Fig.4.

Fig.5A.



Fig.5B.



Fig.6A.



Fig.6B.



Fig.6C.



Fig.7.

Fig.8.



Fig.9.





Fig.10 A



Fig.10 B.



Fig.10C.



Fig.11.



Fig.12.



Fig.13.



Fig.14.



1

# INSPECTION SYSTEM FOR COORDINATE POSITIONING MACHINE

This is a Continuation of Application Ser. No. 08/952,144 filed Nov. 10, 1997. The entire disclosure of the prior application is hereby incorporated by reference herein in its entirety.

The present invention relates to an inspection system for use on a coordinate positioning machine such as a coordinate measuring machine or inspection robot, for example.

A prior art inspection system on a coordinate measuring machine is illustrated in FIG. 1. The coordinate measuring machine includes an arm 10, movable in three linear directions x,y,z relative to a table 12, upon which a part W to be inspected is supported. Displacement of the arm in each of the x,y,z directions is measured by three corresponding encoders, each of which includes a scale 14 and a readhead (not shown). Each encoder generates an incremental output whose instantaneous value is displayed on a counter 16, so that the counters 16 of the x,y, and z encoders may be thought of as displaying the instantaneous positional coordinates of the movable arm 10 relative to an origin, or datum. Movement of the arm of the machine along each of the x,y and z axes is performed by x,y and z servos (which incorporate the x,y and z encoders), and the servos are controlled by means of a machine control unit 18, either on the basis of software containing a pre-programmed sequence of manoeuvres which the user requires the machine to perform, or the instantaneous control of an operator by means of a joystick (not shown).

The movable arm 10 carries a touch probe 20 having an elongate stylus 22 with a spherical sensing tip 24 provided at its free end. The probe 20 is mounted to the arm 10 via an articulating probe head 26 which may rotate the probe 20 about substantially perpendicular rotational axes D and E. In use, the machine control 18 operates the servos of the x,y and z axes, and, where appropriate, the D and E axes of the probe head 26 to drive the movable arm 10 of the machine so that the sensing tip 24 of the probe 20 comes into contact with a surface S of a part W to be measured.

Contact between tip 24 and the surface S causes the emission of a signal to a probe interface unit 30, which then sends a step change, or "trigger" signal to the machine control 18. Upon receipt of the trigger signal, the machine control records the values of the x,y and z counters in order to obtain an indication of the position of the surface S, and also arrests the movement of the movable arm 10.

For added flexibility, a probe-changing magazine 40 is provided, which contains a plurality of different types of inspection probe, suitable for a number of different inspection tasks. The exchange of one probe for another first of all involves the machine control driving the movable arm 10 to a position where the probe 20 which is currently carried on the probe head 26 is positioned in one of the ports 50 of the magazine 40, whereupon an actuating mechanism provided within the magazine 40 disengages the probe 20 from the probe head 26. The arm is then driven to a further port 50 where the probe head 26 may acquire a different probe, engagement of the new probe with the probe head 26 once again being performed by the actuating mechanism within the probe changing magazine 40. Such a probe-changing magazine is known for example from EP 142373.

Yet further flexibility is provided in respect of one type of probe (which, in FIG. 1, is carried on the probe head 26) which includes an electronic retaining module 60, and a stylus module 70 releasably magnetically mounted thereon to enable the exchange of one stylus module 70 for another

2

of a plurality of alternative stylus modules supported in a stylus changing magazine 80. The exchange of stylus modules is performed in a manner similar to that of a probe, with the important exception that the movement of the movable arm 10, powered by the respective x,y,z servos, is used to couple and uncouple the stylus modules 70 from the electronic retaining modules 60. To this extent, the exchange of stylus modules may be regarded as "passive", in that the magazine 80 does not play a role in coupling or uncoupling stylus modules 70. Probes of this type, and the automated "passive" exchange of stylus modules are known from U.S. Pat. No. 5,505,005 and U.S. Pat. No. 5,327,657 respectively.

During probe changing and during stylus changing, the disturbance to the probe circuitry caused by the exchange operation, would unless inhibited, give rise to the emission by the interface 30 of a trigger signal which would in turn halt movement of the arm of the machine, thus preventing the exchange operation from proceeding. Inhibition of a trigger signal during an exchange operation is achieved by means of signals sent from electronic circuitry (not shown) provided in the magazines 40 and 80. The provision of the necessary circuitry in both magazines for inhibiting trigger signals from interface 30 during exchange operations, and the provision of an actuating mechanism for probe changing in the magazine 40 inevitably complicates the installation of these systems on the machine, and increases significantly the cost of the magazines 40 and 80.

The present invention provides an inspection system in which the flexible and passive exchange of both probes and stylus modules is possible using only a single magazine, and which requires no communication or processing circuitry. The disclosed inspection system includes a number of independent inventive aspects, including: a coordinate positioning machine having an arm and a table movable one relative to another, the machine further comprising:

at least one magazine having a plurality of storage ports, at least one of the plurality of storage ports containing a touch probe which comprises a retaining module and a stylus module releasably magnetically engageable with the retaining module to enable exchange of one stylus module for another;

at least one stylus module, contained in one of the storage ports;

a first coupling member connected to the arm of the machine;

at least one second coupling member to which the at least one probe is mounted, the second coupling member being engageable with the first coupling member, the first and second coupling members each having at least one ferromagnetic element, the ferromagnetic elements being co-operable to urge the first and second coupling members into engagement wherein the first and second coupling members are retained in engagement with a greater magnetic force than the retaining module and stylus module;

one of the first and second coupling members having a release member, movable relative to the coupling member, and at least one lever, pivotally connected at one end to the release member, and pivotally connected to the coupling member at a fulcrum, relative movement of the release member and the coupling member causing corresponding pivoting movement of a free end of the lever thereby to urge the first and second coupling members apart against the force of magnetic attraction.

The exchange of stylus modules or probes may be performed passively, using only the movement of the movable

3

arm of the machine to separate modules or coupling members; the magnetic attraction force between modules typically being inherently small enough for the machine to overcome, while the comparatively greater force of attraction between coupling members being overcome with the aid of the or each lever.

In one embodiment the release member is connected to the second coupling member and, when docked in the magazine, a storage port in the magazine engages the release member. During exchange, movement of the second coupling member with the movable arm relative to the storage port causes relative movement of the second coupling member and release member, thereby actuating pivoting of the levers.

In one embodiment of probe, detection of the presence of a surface is by means of a resistance change in a sensor circuit, which is also broken when a stylus module becomes disconnected from a retaining module (for example during an exchange of stylus modules). Disconnection of the stylus module will thus result in the emission of a trigger signal, which, as explained above, will arrest movement of the arm of the machine, making an exchange operation impossible. A further independent aspect of the present invention provides:

a touch probe for use on a coordinate positioning machine comprising a retaining module which may be mounted to a movable arm of the machine, and a stylus module containing a stylus holder which carries a stylus with a sensing tip at a free end thereof for contacting a surface whose position is to be measured, wherein the stylus module is releasably engageable with the retaining module, thereby to enable the exchange of one stylus module for another, the probe including an electrical circuit whose resistance changes when the probe senses a surface, and which is broken when the stylus module becomes disengaged from the retaining module, and switching means within the retaining module operable to short out the electrical circuit in response to a predetermined external influence.

Typically the predetermined external influence may be a magnetic or electrical field (e.g. provided by magnets or electrets in a magazine), in which case the switching means may be a reed switch operable by such a field. Alternatively, the influence may be a mechanical device such as a pair of shorting contacts, engageable with a corresponding pair of terminals in the retaining module. In the latter case, the shorting contacts may be mounted to a magazine in a manner which enables them to move with the retaining module during an exchange operation.

Embodiments of the invention will now be described, by way of example, and with reference to the accompanying drawings in which:

FIG. 1 is an example of a prior art touch probe;

FIG. 2 is a schematic illustration of an inspection system incorporating various aspects of the present invention;

FIG. 3 is a section through a touch probe according to an aspect of the present invention;

FIG. 4 is a perspective view of the probe in FIG. 3;

FIGS. 5A and B are circuit details of the probe in FIGS. 3 and 4;

FIGS. 6A–C illustrate an exchange operation involving a stylus module and the electronic retaining module in the probe of FIGS. 3–5;

FIG. 7 is a perspective view of the two parts of a probe coupling according to an aspect of the present invention;

FIG. 8 is a detail of FIG. 7 in section;

FIG. 9 is a graph illustrating the operation of the coupling of FIG. 7;

4

FIGS. 10A—C illustrate an exchange operation involving the probe coupling of FIG. 7;

FIG. 11 is a magazine according to an aspect of the present invention;

FIG. 12 is a detail of the magazine in FIG. 11; and

FIG. 13 is a perspective view of a modification of the probe of FIGS. 3 & 4; and

FIG. 14 is a perspective view of a modification of the coupling of FIG. 7.

Referring now to FIG. 2, wherein like reference numerals will be used to describe elements of the drawing which are identical to those of FIG. 1, a coordinate positioning machine includes movable arm 10 and a table 12, whose relative displacement in the x,y,z directions is measured by encoders 14, and displayed on counters 16. Movement of the arm 10 is controlled on the basis inter alia of the value of the counters 16, by means of a machine control 18. A modular probe 100 is mounted to the movable arm 10 by means of an intermediate articulating probe head 26, which provides rotational movement of the probe 100 about substantially perpendicular axes D,E.

Referring now additionally to FIGS. 3 and 4, the probe 100 includes a retaining module 102, which is mounted via a coupling adaptor 200 to the probe head 26, and a stylus module 104, which is releasably mountable on the retaining module 102. The retaining module 102 includes a fixed structure provided by a cylindrical housing 106, together with a pair of retaining inserts 108, 110, rigidly connected to the housing 106, and which serve the function of supporting the internal electrical structure of the retaining module 102. The retaining module 102 is mounted to the adaptor 200 via a connector in the form of a screw-threaded boss 112, rigidly held between housing 106 and insert 108 via a pair of nylon washers 114 and an o-ring 116. The stylus module 104 has a rigid casing 118, formed by upper and lower bodies 118A,B. The casing 118 supports a movable stylus supporting member 120 in a kinematic location provided by three pairs of adjacently situated balls 122 on the casing 118, and three rollers 124 projecting from the member 120. The member 120 projects out of the casing, and supports, at its outwardly projecting end, an elongate workpiece-contacting stylus 126 having a spherical sensing tip 128 at its free end. The stylus supporting member 120 is axially biased into its location relative to casing 118 by means of a helical compression spring 130.

The stylus module 104 is releasably mounted onto the electronic retaining module 102 by means of a pair of mutually co-operable ferromagnetic elements 140,142 which, in this example, are permanent magnets (either of which may be replaced by e.g. soft iron), situated on insert 110 of the fixed structure of retaining module 102 and the casing 118 of stylus module 104 respectively. When mounted to retaining module 102, stylus module 104 is kinematically located thereon by virtue of the mutual engagement of three radially extending vee grooves 150 in casing 118 with three equi-spaced spheres 152 located in retaining insert 110.

Referring now additionally to FIG. 5, each of the balls 122 is electrically connected to a printed circuit board 160 by means of conducting springs 162, in such a way as to create a series electrical detection circuit incorporating each of the electrical contacts provided by engagement of a roller 124 with a ball 122. The output terminals 170 of the detection circuit are provided in the upper face of casing 118, and electrically insulated therefrom by means of sleeves 172. Terminals 170 are electrically connected with coaxial terminals 180,182, incorporated into screw-threaded connector

6,012,230

5

112 via a pair of spring-loaded electrical connecting pins 190, supported in retaining insert 110 and insulated therefrom by sleeves 192. The electrical detection circuit incorporating each of the points of contact of the balls 122 and rollers 124 is thus connected directly to the interface 30 via the coaxial connecting terminals 180,182, the coupling adaptor 200, circuitry within the probe head 26 and further circuitry in the coordinate measuring machine itself (not illustrated). In use, when the movable arm of the machine is driven to bring sensing tip 128 of stylus 126 into contact with a surface S, the contact between the sensing tip 128 causes a movement in the position of stylus supporting member 120, thereby causing a change in the electrical resistance across at least one of the points of contact between balls 122 and rollers 124. This change in resistance is detected in the interface 30, and when the resistance attains a predetermined threshold, interface 30 emits a trigger signal to the machine control 18, which records the outputs of counters 16 at that instant. Upon receipt of the trigger signal the control 18 also arrests movement of the arm 10 relative to the part W; movement of the stylus supporting member 120 relative to casing 118 (known as overtravel) after contact with the sensing tip 128 with the surface S, but before movement of the arm 10 has been arrested is accommodated by the ability of the member 120 to displace from its location relative to casing 118. Once motion of the arm 10 has been reversed, biasing spring 130 acts to relocate the supporting member 120 in its kinematic location.

One stylus module 104 may be exchanged for another during the course of inspection, and this enables differently oriented surfaces on the part W to be inspected by use of different configurations of stylus 126 on different stylus modules 104. Additionally, since different configurations of stylus 126 will have different masses, the spring force in each stylus module 104 may be adapted to the particular configuration of stylus 126 concerned. To this end, a plurality of stylus modules 104 are retained in a magazine 300, having a plurality of storage ports 310.

Referring now to FIGS. 6a–c, exchange of one stylus module 104 for another is performed as follows. The movable arm 10 is moved into register with a vacant stylus port 310, whereupon the arm 10 is then operated to move the probe 100 such that stylus module 104 is docked into the vacant port 310. As can be seen from FIG. 6B, during movement of the retaining module 102 into the storage port 310, the housing 106 of the module 102 bears against upwardly pivoting lid 316 thereby to expose the inwardly projecting limbs 312 (see FIG. 11) of the port 310. Docking between the stylus module 104 and the storage port 310 involves the upward movement of the probe 100, causing engagement of a flange 132 provided on the casing 118 of stylus module 104 with the inwardly projecting limbs 312. (N.B. Permanent magnets provided on the limbs 312 retain the stylus module 104 in place in the storage port 310 irrespective of the orientation of the magazine 300.) Once docking has occurred, the arm 10 continues to move the retaining module 102 vertically upward from the limbs 312, whereby the movement of the arm causes disengagement between stylus module 104 and retaining module 102 (see FIG. 6B). After disengagement (see FIG. 6C) has occurred, the arm is reversed away from the storage port 310, whereupon the lid 316 pivots closed by means of spring 317 in order to protect the engagement elements provided by vee grooves 150 from contamination by airborne particles such as dust. Engagement of the retaining module 102 with a further stylus module 104 is simply the reverse process described above; the retaining module 102 engaging a stylus

6

module 104 during the course of its downward movement once lid 316 has been pivoted to expose the stylus module 104, and simultaneously during the course of this continuous downward movement undocking the stylus module 104 from storage port 310 against the magnetic retention force by virtue of the downward movement of the machine.

Once disengagement between the retaining module 102 and the stylus module 104 has occurred, the electrical detection circuit from the interface 30 incorporating each of the points of contact between the balls 122 and rollers 124 within stylus module 104 will be broken. Since, under normal operating conditions, the interface 30 emits a trigger signal to the machine control 18 when the resistance of the detection circuit rises above a predetermined threshold, and since the aforementioned trigger signal results in the machine control 18 arresting motion of the movable arm 10, a further mechanism is required in order to prevent this if the movable arm 10 is to be able to move to a further storage port 310 in order to engage a further stylus module 104. Referring now additionally to FIGS. 3–5, the electronic retaining module 102 incorporates four magnetic reed switches 164, connected in parallel across the spring-loaded contacts 190. Referring now to FIG. 5A, the switches 164 include a non-ferromagnetic casing 166 into which a pair of ferromagnetic electrical contacts 168 extend. The contacts 168 have ends which project outside of casing 166 in order to enable electrical connection thereto. The inner ends 168A of the contacts 168 are of a relatively small cross-section and are therefore relatively flexible. When a magnetic field is brought into proximity with the reed switch 164, the flux of the field passes along the contacts and causes the flexible ends of the contacts to touch, and to create a closed magnetic circuit. Electric current may thus be passed from one contact 168 to the other only in the presence of a magnetic field.

Each of the lids 316 of the storage ports 310 incorporates one or more permanent magnets 318 at its front edge, and the field from the permanent magnets 318 provided inside the magazine lids 316 ensure that one of the four reed switches 164 remains closed, thus shorting out the detection circuit while the retaining module is within a given proximity of the magazine 300. The retaining module is thus able to move between one storage port 310 and another when the stylus module 104 is disconnected therefrom without causing the emission of a trigger signal from interface 30. It should be noted that four such reed switches 164 are provided in order to ensure operability of this system irrespective of the orientation of the stylus module 102 about its axis.

Shorting out of the electrical detection circuit during an exchange operation has been exemplified by reference to circuits including magnetic reed switches. Other switches, actuable by features on the magazine 300 may be provided. For example, mechanical switches in the retaining module 102 or upper connector 202 may be actuable by protrusions or detents on the rack during exchange.

As well as the automatic exchange of one stylus module 104 for another, the present invention also provides for the automatic exchange of one complete probe 100 for another. Referring now to FIGS. 7 and 8, the coupling adaptor 200 by means of which a probe 100 may be connected to the probe head 26 includes a first coupling member provided by an upper connector 202 which is mounted directly and rigidly to the probe head 26, and a second coupling member provided by lower connector 204, to which the probe 100 is connected either directly or via an extension bar 210. The lower connector 204 may be kinematically located on the upper connector 202 by the mutual engagement of three vee grooves 206 on the lower connector with three appropriately

7

positioned balls **208** on the upper connector; the lower connector **204** is retained in engagement with the upper connector **202** by means of three permanent magnets **212** on the upper connector which co-operate with the ferromagnetic body of the lower connector **204** to provide a retaining force. The size of the retaining force required between the upper connector **202** and lower connector **204** is such that the lower connector **204** should be able to support a probe **100** at the end of an extension bar **210**, and be able easily to withstand the pulling force acting to separate upper and lower connectors **202,204** during the automatic exchange of stylus modules **104**. The retaining force between upper and lower connectors **202,204** must thus be significantly larger than the retaining force between a stylus module **104** and a retaining module **102**. This retaining force is of such a magnitude that the machine is unlikely to be sufficiently powerful to disengage the upper and lower connectors **202,204** simply by virtue of movement of the movable arm **10** during an exchange operation as described above. To enable disengagement of upper and lower connectors **202, 204** by means of movement of the movable arm of the machine, lower connector **204** is provided with an axially movable release ring **220**, which operates three levers **222**. Downward movement of the release ring **220** causes upward movement of the free ends **222A** of levers **222**, which bear against the upper connector **202**. The mechanical advantage provided by the levers **222** thus enables the initial separation of connectors **202,204** by the application of a relatively small force to release ring **220**. Since the magnetic force of attraction between the connectors **202,204** decreases rapidly with increased separation, subsequent separation of the connectors is relatively easy.

Referring now to FIG. **8**, levers **222** are retained on lower connector **204** by means of screws **224** having a diameter such that the levers **222** may translate vertically relative to the connector **204** while remaining retained by the screws **224**. The surfaces **230** on lower connector **204** against which levers **222** pivot are profiled such that the mechanical advantage provided by the levers **222** varies to compensate for the variation in the magnetic force of attraction between the upper and lower connectors **202,204**, as their separation increases, thus ensuring that force required on release ring **222** to increase the separation between the connectors **202, 204** is substantially constant over the entire pivoting action of the levers **222**. Referring additionally to FIG. **9**, the linear force required to separate the connectors **202,204** is illustrated by a chain-dotted line **240**, and the force required to separate a stylus module **104** from a retaining module **102** is illustrated by the dashed line **240**. It can be seen that the initial force required to separate connectors **202,204** is approximately six to seven times greater than that required to separate stylus module **104** from retaining module **102**. Continuous line **244** illustrates the force required on the release ring **220** to separate connectors **202,204**, and it can be seen that this is substantially constant, and approximately 10% greater than the initial force required to separate a stylus module **104** from a retaining module **102**. Preferably, the range of operation of the levers **222** should be such that when the levers have pivoted through their fullest extent, the retaining force between the connectors **202,204** is equal to the linear magnetic attraction force given by chain-dotted line **240**.

Referring now to FIGS. **10a–c**, during an operation involving the exchange of one probe for another, movable arm **10** is operated to bring the articulating probe head **26**, and thus adaptor **200**, into register with a storage port **310**. As previously, permanent magnets **318** provided in the lid

8

of storage port **310** actuate a magnetic reed switch **264** provided in upper connector **202**, which thus ensures the interface **30** will not emit a trigger signal when electrical connecting terminals **280,282** on lower connector **204** disconnect from spring-loaded pins **290,292** on the upper connector **202**, and the electrical detection circuit incorporating the contact points between the balls **122** and rollers **124** in the probe **100** is broken. As previously, movement of the adaptor **200** into the storage port **310** causes upward and backward tilting of the lid **316** to expose inwardly projecting limbs **312** of the storage port **310**, which engage flange **228** (see FIG. **7**) on the release ring **220**. During subsequent upward movement of the arm **10** and thus the adaptor **200**, limbs **312** of the storage port **310** engage flange **228** on the release ring **220** resulting in upward movement of lower connector **204** relative to release ring **220**, which is therefore equivalent to downward movement of release ring **220** relative to the adaptor **200**. This movement of the release ring **220** causes pivoting of the levers **222** and thus separation of the upper and lower connectors **202,204**. The machine is then operated to move upper connector **202** out of storage port **310** (whereupon lid **316** closes), and along the magazine **300** until it comes into register with another storage port **310**. As previously, the magnets **318** provided in lids **316** maintain closure of reed switch **264** and thus shorting of the detection circuit thus allowing movement of the machine to drive the upper connector between one storage port **310** and another. Only a single reed switch **264** is provided in the upper connector since the orientation of the upper connector can be adjusted by articulating probe head **26** prior to an exchange operation.

Referring now to FIGS. **11** and **12**, the magazine **300** is constructed such that each storage port **310** may support either a pair of stylus modules **104**, or a single lower connector **204** carrying a probe **100** (possibly by an extension bar **210**). To enable this, the magazine includes a ferromagnetic plate **320** configured such that a plurality of pairs of inwardly extending limbs **312** are provided, the limbs being of such a separation that a lower connector **204** can be magnetically supported thereon. In order to provide a storage port **310** which can retain a pair of stylus modules **104**, an adapting insert **330** is provided, which may be fastened to the limbs of plate **320**. Additionally, the adapting insert **330** may be oriented in one of two ways relative to plate **320** such that either a pair of stylus modules **104** of relatively small dimensions may be accommodated, or a larger stylus module (not shown) may be accommodated.

A further independent aspect of the present invention thus provides a magazine for use in retaining a plurality of operating modules within the working area of a coordinate positioning machine having a plurality of storage ports, at least one of the storage ports having an insert plate with one pair of first jaws extending in a first direction, and two pairs of second jaws having a narrower spacing than the first jaws and which extend in a second direction, opposite to the first direction, wherein each insert plate is removably secured to the respective storage port thereby to enable each storage port to be used for retention of one relatively large module or two relatively small modules.

A modified form of modular probe will now be described with reference to FIG. **13**. The probe includes a retaining module **402** and a stylus module **404** which, as previously, may be releasably mounted to the retaining module **402** by means of a pair of permanent magnets **440,442**, provided on the retaining and stylus modules **402,404** respectively, and three balls **452** on the retaining module **402** each of which engages the convergent surfaces provided by three pairs of

9

radially extending vee grooves **450** in the stylus module **404**. The stylus module **404** contains an electrical detection circuit the terminals **470** of which are engageable with two axially projecting spring-loaded connecting pins **490** in the retaining module **402**. Thus far, the modular probe described is functionally identical to the probe described in FIGS. **3–5**.

However, we have found that it is possible (for example, as a result of an accidental machine crash) for the stylus module to be mis-positioned on the retaining module **402** with neither of the connecting pins **490** engaging the terminals **470**, but that nonetheless the resistance of the detection circuit as detected at the interface **30** is such that the probe is considered still can operational. This can occur in the situation where the upper face **500** of the casing **418** of the stylus module **404** engages one of the spring-loaded connecting pins **490**, and simultaneously touches the rim **406A** of the retaining module housing **406**. Since the housing behaves as an electrical earth, the current in the detection circuit effectively shorts between one of the connecting pins **490** and ground (provided by the housing **406**); the resistance of the detection circuit as detected at the interface **30** thus being the same as in normal operation of the probe. To avoid this situation the rim **406A** of housing **406** has been extended, and a pair of axially projecting locating pins **510** are provided. The pins **510** extend from the retaining insert **410** at the open end of the retaining module housing **406**, and project beyond the ends of connecting pins **490**. The locating pins prevent the upper face **500** of the stylus module casing **418** shorting the connecting pins **490** to the housing **406**, since the upper face **500** can no longer simultaneously contact the connecting pins **490** and the housing rim **406A**. To accommodate the extended housing rim **406A** and the locating pins **510**, the upper face **500** of the stylus module casing **418** contains a pair of axially extending recesses **512**, and the casing **418** of the stylus module has a necked portion **514**. When the retaining module **402** and stylus module **404** are mutually engaged, the locating pins **510** and necked portion **514** project into the recesses **512** and the housing **406** respectively with a clearance such that the location of the stylus module **404** on the retaining module **402** is determined solely by the kinematic engagement elements **450,452**.

A further aspect of the present invention thus provides a touch probe for use on a movable arm of a coordinate positioning machine, having a retaining module which may be mounted to the movable arm, and a stylus module which is releasably engageable with the retaining module thereby to enable exchange of one stylus module for another, the retaining module comprising:

a substantially cylindrical housing;

an electrical connector which projects from one end of the housing, and which has a pair of coaxial electrical terminals;

three kinematic engagement elements, substantially equi-spaced about the axis of the housing, and situated at an open end of the housing distal to the electrical connector;

a pair of axially projecting electrical contact pins, axially biased toward the open end of the housing, each of the contact pins being electrically connected to one of the coaxial terminals;

a pair of axially projecting locating pins, situated at the open end of the housing;

the stylus module comprising:

a substantially cylindrical casing having an aperture at one end through which a stylus projects;

10

a stylus holder within the casing, the stylus holder having at least one seating element which is engageable with a corresponding seating element to locate the stylus holder within the casing;

biasing means for applying an axial biasing force to the stylus holder, thereby to bias the seating elements into mutual engagement;

an electrical circuit which incorporates the elements of the seating, having a pair of axially facing output terminals situated at an end of the casing distal to the aperture and which are engageable with the spring loaded contact pins on the retaining module;

three further kinematic elements situated at the distal end of the casing, being substantially equispaced about the axis, all the kinematic elements being mutually engageable to locate the stylus module on the retaining module;

a pair of axially extending recesses situated at the distal end of the casing, and into which the locating pins on the retaining module extend when the stylus module is engaged with the retaining module;

wherein when the stylus module and retaining module **1**are engaged the distal end of the stylus module casing projects into the open end of the retaining module housing.

Yet a further aspect of the present invention provides a stylus module for a touch probe having:

a casing;

a stylus holder within the casing, the stylus holder and casing having at least one pair of mutually engageable elements which form a seating for the stylus holder in the casing;

biasing means for applying an axial biasing force to the stylus holder, to bias the mutually engageable elements of the seating into engagement;

an electrical detection circuit for detecting deflection of the stylus holder which results in disengagement of the elements of the seating, and having a pair of output terminals in an upper end of the casing; the upper end of the casing also including:

a ferromagnetic element to enable the stylus module to be magnetically retained on a retaining module;

three kinematic engagement elements which may form a kinematic support in conjunction with corresponding elements on the retaining module, the kinematic engagement elements being spaced substantially equidistantly about the axis; and a pair of axially extending recesses.

In a further modification, the probe of FIG. **13** has only a single reed switch, and the housing **406** of the retaining module **402** may rotate relative to the screw-threaded connector to align the reed switch adjacent magnets in the rack.

FIG. **14** shows a modification of the probe coupling of FIG. **7** comprising upper and lower coupling members **602,604** respectively, urged into mutual engagement by means of magnets **612**, and into a kinematic location by means of balls **608** and vee grooves **606**. As previously, the lower coupling member **604** includes an axially movable release ring **620** pivotally connected to one end of each of three levers **622**, which are in turn pivotally mounted on the lower coupling member **604** by means of bolts **624**. In this embodiment of coupling, electrical connection between the coupling members involves the engagement of a pair of axially biased connecting pins **690A,B**, on the upper coupling member **602**, with terminals **680A,B** on the lower connector **604**. The terminal **680**B is configured so that, in

6,012,230

11

the event of a machine crash, acting to displace the lower coupling member **604** from engagement with the upper coupling member **602**, the coupling members **602,604** will remain in close proximity, because the connecting pin **690**A will catch within the terminal **680**B, preventing the lower connector **604**, together with any probe and/or extension bar carried thereby, from falling off completely.

Various aspects of the foregoing system provide both separately and in combination, the passive exchange of both probes and stylus modules, and therefore avoid the need for any communication between the magazine **300** and the interface **30** of the machine. This represents substantial simplification over the systems of the prior art.

No aspect of the present invention need necessarily be embodied by any of the specific features or functions described above, and each feature or function referred to may be substituted by other features performing the same or a similar function, and other functions achieving the same or a similar result. One particular example of this, is that the various locations of elements of the inspection system described have been performed by kinematic supports. Other types of location may be provided whose positional repeatability is adequate for the task required. In this respect it should be understood that no degree of accuracy is either implied or required with respect to the use of the term repeatability beyond the requirement that the specific con- figuration of engagement elements employed enable the locating mechanism between a pair of elements to function as required by the user.

The different features of the invention described above are not necessarily limited to their association with the embodi- ments in connection with which they were described. Many aspects of the invention are generally applicable to other embodiments of the invention described herein.

We claim:

**1**. A touch probe for use on a movable arm of a coordinate positioning machine, having a retaining module which may be mounted to the movable arm, and a stylus module which is releasably engageable with the retaining module thereby to enable exchange of one stylus module for another, the retaining module comprising:

a substantially cylindrical housing;

12

an electrical connector which projects from one end of the housing, and which has a pair of coaxial electrical terminals;

three kinematic engagement elements, substantially equi- spaced about the axis of the housing, and situated at an open end of the housing distal to the electrical connec- tor;

a pair of axially projecting electrical contact pins, axially biased toward the open end of the housing, each of the contact pins being electrically connected to one of the coaxial terminals;

a pair of axially projecting locating pins, situated at the open end of the housing;

the stylus module comprising:

a substantially cylindrical casing having an aperture at one end through which a stylus projects;

a stylus holder within the casing, the stylus holder having at least one seating element which is engage- able with a corresponding seating element to locate the stylus holder within the casing;

biasing means for applying an axial biasing force to the stylus holder, thereby to bias the seating elements into mutual engagement;

an electrical circuit which incorporates the elements of the seating, having a pair of axially facing output terminals situated at an end of the casing distal to the aperture and which are engageable with the spring loaded contact pins on the retaining module;

three further kinematic elements situated at the distal end of the casing, being substantially equispaced about the axis, all the kinematic elements being mutually engageable to locate the stylus module on the retaining module;

a pair of axially extending recesses situated at the distal end of the casing, and into which the locating pins on the retaining module extend when the stylus module is engaged with the retaining module;

wherein when the stylus module and retaining module are engaged the distal end of the stylus module casing projects into the open end of the retaining module housing.

*   *   *   *   *

US005327657A

# United States Patent [19]

## Hajdukiewicz et al.

| | |
|---|---|
| [11] | Patent Number: **5,327,657** |
| [45] | Date of Patent: **Jul. 12, 1994** |

08CV3485

JUDGE PALLMEYER

MAGISTRATE JUDGE NOLAN

[54] **TOUCH PROBE**

[75] Inventors: **Peter Hajdukiewicz,** Wotton-Under-Edge; **Graham A. Hellen,** Bristol; **Peter K. Hellier,** North Nibley; **John C. Dabbs,** Chepstow; **David R. McMurtry,** Wotton-Under-Edge, all of United Kingdom

[73] Assignee: **Renishaw Metrology Ltd.,** Gloucestershire, United Kingdom

[21] Appl. No.: **973,747**

[22] Filed: **Nov. 9, 1992**

[30]       **Foreign Application Priority Data**

| Jul. 11, 1991 | [GB] | United Kingdom | 9114945 |
| Nov. 9, 1991 | [GB] | United Kingdom | 9123853 |
| Nov. 21, 1991 | [GB] | United Kingdom | 9124777 |
| Jul. 22, 1992 | [GB] | United Kingdom | 9215512 |

[51] **Int. Cl.5** ............................................ **G01B 5/03**
[52] **U.S. Cl.** .......................................... **33/503**; 33/556; 33/559; 33/DIG. 10
[58] **Field of Search** ............... 33/503, 504, 556, 557, 33/558, 559, 560, 561, DIG. 10

[56]                    **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,153,998 | 5/1979 | McMurtry . |
| 4,349,946 | 9/1982 | McMurtry . |
| 4,567,659 | 2/1986 | Kitamura .............................. 33/503 |
| 4,649,623 | 3/1987 | Schneider et al. . |
| 4,693,110 | 9/1987 | Juengel .............................. 33/558 |
| 4,813,151 | 3/1989 | Hajdukiewicz et al. . |
| 4,916,825 | 4/1990 | Breyer . |
| 4,938,083 | 7/1990 | Gurny et al. . |
| 5,024,003 | 6/1991 | Breyer . |
| 5,028,901 | 7/1991 | Enderle et al. . |
| 5,041,806 | 8/1991 | Enderle et al. . |
| 5,056,235 | 10/1991 | Thomas .............................. 33/503 |

### FOREIGN PATENT DOCUMENTS

0243766 11/1987 European Pat. Off. .

| | | |
|---|---|---|
| 0304881A1 | 3/1989 | European Pat. Off. . |
| 0406781 | 1/1991 | European Pat. Off. . |
| 0406782A1 | 1/1991 | European Pat. Off. . |
| 0426492 | 5/1991 | European Pat. Off. . |
| 0501710A1 | 9/1992 | European Pat. Off. . |
| 3811851A1 | 10/1989 | Fed. Rep. of Germany . |
| 9010591.5 | 11/1990 | Fed. Rep. of Germany . |
| WO91/13316 | 9/1991 | PCT Int'l Appl. . |
| 2163554 | 2/1986 | United Kingdom . |
| 2167559 | 5/1986 | United Kingdom . |

PH

### OTHER PUBLICATIONS

"Autochange Flexible Probing System for Co-ordinate Measuring Machines"; Renishaw Electrical Limited Sales Literature; Issue 1, Aug. 1984; pp. 1–29.
Automatic Probe Changer Enhances Measuring Machines; 123 Engineering, 226 (1986) Jul., Aug. No. 7/8, London, Great Britain, p. 517.

*Primary Examiner*—William A. Cuchlinski, Jr.
*Assistant Examiner*—G. Bradley Bennett
*Attorney, Agent, or Firm*—Oliff & Berridge

[57]                    **ABSTRACT**

A magazine has a plurality of storage ports 400 each of which retains a stylus module 314 for use in measuring workpiece dimensions on a coordinate measuring machine. Each storage port 400 is configured as a pair of jaws provided by docking inserts 414. A permanent magnet 418 is mounted on each docking insert 414. The lower casing of the stylus module 314 is urged against the inwardly facing edges 416 of the docking inserts 414 by the magnetic attraction force due the magnets 418. The stylus module 314 is engaged with a retaining module (on the quill of the machine) by moving the retaining module in a downward sense to engage the stylus module 314; further downward movement disengages the stylus module 314 from the storage port 400, thus enabling engagement of such a stylus module and removal of the module from the storage port in a single continuous movement.

**18 Claims, 11 Drawing Sheets**





Fig.1.

Fig.2.

Fig. 3.



Fig. 4.



Fig.5.



Fig. 6.



Fig. 7.

Fig. 8.



Fig. 9.





Fig.10.



Fig.11.



Fig.12.



Fig.13.



Fig.14.



Fig.15.



Fig.16.

Fig.17a.



Fig.17b.



Fig.17c.



Fig.17d.



Fig.18.



Fig.19.

5,327,657

1

## TOUCH PROBE

This is a Continuation-in-Part of PCT Application No. PCT/GB92/01244, filed Jul. 9, 1992.

## BACKGROUND OF THE INVENTION

The present invention relates to a touch probe used, for example, on a coordinate positioning machine such as a machine tool or coordinate measuring machine.

Such probes are known from U.S. Pat. No. 4,153,998, and comprise a fixed structure by which the probe may be connected to the movable arm of the machine, relative to which a stylus having a measuring tip for contacting the workpiece is supported. The position of a workpiece surface is detected by operating the machine to drive the measuring tip of the stylus into contact with the surface whose position is to be measured, and detecting, with the probe, contact between the measuring tip and the surface. The probe emits a signal indicative of such contact, and this is used to record the position of the movable arm and to instruct the machine control to brake its movement. In order to prevent damage to the stylus when, during braking of its movement, the movable arm overtravels the point of contact between the stylus tip and surface, the stylus is carried on a stylus-supporting member which is supported on the fixed structure in a rest location, out of which it may be displaced when a deflecting force is applied to the stylus, and to which it may return when the deflecting force is removed. This displacement of the stylus- supporting member is known as "overtravel displacement". Good positional repeatability of the stylus-supporting member relative to the fixed structure from one overtravel displacement to the next is required in order that the position of the surface may be measured accurately.

It is, on occasions, desirable to change the stylus carried by the probe. For example, the measurement of different features on a workpiece may require the use of different geometries and lengths of styli.

A system for changing styli is known from U.S. Pat. No. 4,649,623 and comprises a retaining member on the stylus-supporting member, on which a stylus selected from a magazine containing a number of different styli is magnetically retained. One stylus may be exchanged for another stylus in the magazine by using an electromagnet to neutralise the magnetic attraction forces between the retaining member and the stylus carried on the retaining member. Mutually engageable engagement elements on the retaining member and each stylus provide kinematic location of a given stylus on the retaining member, and thus good repeatability of the position of the measuring tip of each stylus relative to the retaining member from one stylus change operation to the next.

However, a fundamental problem with such systems is that mechanical hysteresis increases with the number of joints or support mechanisms which perform the function of locating the measuring tip relative to the fixed structure. Thus, for example, in the probe of U.S. Pat. No. 4,649,623 the stylus-supporting member is supported within the fixed structure in a kinematic rest position which provides overtravel displacement of the stylus during the course of a measuring operation, and a given stylus is supported on the stylus-supporting member in a further kinematic location which is broken and reformed when a stylus is removed and replaced during the course of an inspection cycle.

2

A first aspect of the present invention provides a system for changing styli on a probe in which a given stylus is interchangeably magnetically retained on a retaining member supported on the fixed structure of the probe, such that a single mechanical location between a given stylus and the retaining member performs both the function of locating the stylus on the retaining member during a stylus change operation, and providing overtravel displacement of the stylus during a measuring operation.

Accordingly, the present invention provides a touch probe for use on a coordinate positioning machine, comprising:
a fixed structure by which the probe may be supported on a movable arm of the machine;
a retaining member supported on the fixed structure;
a stylus having a supporting body, a stem extending from the supporting body, and a sensing tip provided at a free end of the stem;
means for releasably locating said supporting body in a repeatable rest position on said retaining member including magnetic biasing means for biasing said supporting body into said rest position, to enable exchange of one such stylus for another; wherein said releasable location means enables tilting displacement of said supporting body (and thus said stylus) out of said rest position in response to a displacing force on the stylus, and return of said supporting body to said rest position, under the influence of said magnetic biasing means.

To provide a truly flexible measuring system, a plurality of styli must be retained within the working area of the machine to enable automatic exchange of one stylus for another. A second independent aspect of the present invention relates to a storage system for retaining a plurality of task modules (such as a stylus as defined above) on a machine, wherein each of the task modules is interchangeably connectable to a retaining module (such as the fixed structure and retaining member) supported on the movable arm of the machine.

According to a second aspect of the present invention, a magazine is provided which includes a plurality of storage ports, each for supporting a task module, each said task module having a set of engagement elements, magnetising means being provided for urging said task module in a first direction into contact with said storage port, wherein said storage port and said task module are configured so that said engagement elements are accessible from a direction opposite to said first direction, and that, upon application to said task module of a force exceeding the force from the magnetising means, said task module may move relative to said support structure in said direction opposite to said first direction.

Such a magazine and task modules enable engagement of a task module by a retaining module, and disengagement of the task module from the storage port in a single continuous movement and without any additional machine apparatus (such as dedicated motors or electromagnets).

Typically a task module may be the supporting body, stem, and sensing tip of a stylus. However more complex forms of task module may be provided (e.g. a temperature sensor, an accelerometer or a pressure sensor) with, where required, an appropriate retaining module.

A further type of task module is disclosed in our copending European Patent Application No. EP-A-501,710. This application discloses a touch probe which

3

has a task module in the form of a stylus module and a retaining module provided by a strain sensitive module having a load cell upon which the stylus module is interchangeably retainined. The stylus module has a casing, and a stylus supported relative to the casing in such a way as to enable overtravel displacement of the stylus relative to the casing. In this probe, contact between the sensing tip of the stylus and a workpiece is detected by sensing strain in the stylus (which occurs before overtravel displacement of the stylus supporting member) transmitted through the casing of the stylus module to the strain sensitive load cell. When this strain reaches a predetermined threshold electronic circuitry associated with the load cell causes the emission of a trigger signal to the machine control.

We have discovered however that an associated disadvantage exists with this modular construction of probe. If, due to an error in the part inspection program of the machine, the probe is driven so that the stylus module accidentally becomes detached from the strain sensitive retaining module (e.g. due to excessive overtravel), the probe no longer has the capacity to register a trigger without crashing the retaining module into a surface, and thus causing irreparable damage. In spite of this, the control of the machine will continue to operate the machine as if the probe is completely functional; evidently, this situation may result in serious damage to either the machine or the probe or both.

A third independent aspect of the present invention provides a probe including a retaining module and a stylus module which is releasably mountable to the retaining module, wherein the retaining module comprises means for detecting when a stylus module is mounted thereto, and for outputting an alarm signal accordingly.

The detecting means may be provided by any suitable mechanism e.g. a microswitch, an optical sensor or a magnetic sensor.

The alarm signal from the detecting means is used to instruct the machine control to arrest motion of the movable arm on which the retaining module is supported, and thus prevent any damage to either the machine or the retaining module. However, the generation of this alarm signal gives rise to a further problem in that, during a stylus changing operation, the machine is operated to deposit a stylus module in a vacant storage port of the magazine, and then to move the retaining module to a different storage port in order to engage a new stylus module. Inevitably, the retaining module does not carry a stylus module while it moves between two ports of the magazine in the course of a stylus changing operation; the detecting means will thus emit an alarm signal preventing movement, and effectively prevent automatic stylus changing.

A fourth aspect of the present invention relates to a magazine having means for sensing when a retaining module is in close proximity, and for outputting an inhibit signal (which overrides the effect of the alarm signal).

The machine may thus drive the movable arm during stylus changing, even though a stylus module is not mounted to the retaining module. Preferably the sensing means is provided on the magazine, and may e.g. be one or more light beams and/or a sensor for sensing electric or magnetic fields, such as a Hall Effect sensor.

The magazine is preferably mounted on a base supported on the machine, and is biased into a repeatable rest position with respect thereto, wherein further de-

4

tecting means are provided for detecting deflection of the magazine relative to the base and for outputting a crash signal accordingly. Such deflection may be caused by accidental collision between a retaining module and the magazine during a stylus changing operation.

## BRIEF DESCRIPTION OF DRAWINGS

Embodiments of the present invention will be now be described, by way of example, and with reference to the accompanying drawings in which:

FIG. 1 shows a section through a first embodiment of stylus changing probe;

FIG. 2 shows a section on II—II in FIG. 1;

FIG. 3 shows the operation of the probe in FIG. 1;

FIG. 4 shows a detail of FIG. 1 in conjunction with a first embodiment of a magazine;

FIG. 5 shows a second embodiment of a stylus changing probe;

FIG. 6 shows a detail of FIG. 5 together with a part of a second embodiment of a magazine;

FIG. 7 shows an elevation on VII—VII in FIGS. 4 and 6;

FIG. 8 shows a perspective view of a magazine;

FIG. 9 is a section through a modular design of stylus changing probe;

FIG. 10 is a perspective view of a third embodiment of magazine;

FIG. 11 shows a detail of FIG. 10;

FIG. 12 is a side view of a storage port;

FIG. 13 is a plan view of the port of FIG. 12;

FIG. 14 shows a detail of FIGS. 12 and 13;

FIG. 15 is a side view of the magazine of FIG. 11;

FIG. 16 is a front view of a fourth embodiment of magazine;

FIGS. 17a–d are schematic views of a stylus changing operation with the magazine of FIG. 16;

FIG. 18 is a perspective view of a coordinate measuring machine incorporating a fifth embodiment of magazine; and

FIG. 19 is a detail of FIG. 18.

## DESCRIPTION OF PREFERRED EMBODIMENTS

Referring now to FIGS. 1 and 2, a probe comprises, a retaining module 8 and a task module 10. The retaining module 8 has a fixed structure provided by a cylindrical housing 12 inside which a strain sensitive load cell in the form of a cylindrical cage 14 is supported. A retaining member 16 is supported within the cage 14 on two circular planar spring diaphragms 18, which restrict movement of the retaining member 16 to linear motion in a direction indicated in FIG. 1 as the Z direction. The connection of the retaining member 16 and diaphragms 18 is such that the diaphragms 18 bias a stop 20 on the retaining member 16 into contact with an inwardly depending flange 22 which extends from the housing 12. When the stop 20 is in abutment with the flange 22, the position of the retaining member 16 is precisely fixed in space relative to the fixed structure 12; the diaphragms 18 restrict rotational movement of the retaining member 16, and the position of the member 16 in the Z direction is fixed by the stop 20. The retaining member 16 projects through an aperture 24 in the base of the housing 12, and terminates at its free end in a frusto-conical flange 26 onto which the task module 10 in the form of a stylus 28 is releasably mountable.

5,327,657

5

Referring now to FIGS. 3 and 4, the stylus 28 includes a frusto-conical supporting body 29, and a stem 29A which has a spherical sensing tip 30 at its free end. The supporting body 29 has a circular face 32, and a frusto-conical boss 34 projecting upwardly therefrom in which a permanent magnet 36 is mounted. A set of engagement elements, provided by three rollers 40 are supported on the face 32. The rollers 40 are equispaced and extend radially with respect to the boss 34. A further set of engagement elements are provided on the flange 26, in the form of three pairs of balls 44. The magnet 36 cooperates with a magnet 42, retained in a recess of the circular face of the flange 26, to bias the stylus 28 into a mechanical location on the flange 26 of the retaining member 16. The mechanical location of the stylus 28 on the retaining member 16 is provided by engagement of each of the rollers 40 in the convergent surfaces provided by each of three pairs of balls 44 supported on the flange 26. The stylus 28 is thus kinematically supported on the flange 26 of the retaining member 16. The kinematic support provides good repeatability of the position of the stylus 28 relative to the retaining member 16; i.e. the stylus returns to the same position relative to the retaining member 16 after it has been displaced. Other forms of support which provide good repeatability may also be used.

The magnetic coupling between the retaining member 16 and the stylus 28 is such that the stylus 28 may be displaced from its kinematic rest position relative to the flange 26 (e.g. as illustrated in FIG. 3), and the magnetic biasing force between the magnets 36,42 will bias the stylus 28 back into its kinematically supported condition on the flange 26. Thus, with this embodiment of probe the measuring tip 30 of the stylus 28 may deflect in three dimensions relative to the housing 12 to accommodate overtravel displacement: by tilting movement of the stylus 28 in the X and Y directions relative to the retaining member 16, and movement of the retaining member relative to the housing 12 in the +Z direction, enabled by the resilience of the diaphragms 18.

The magnetic coupling also enables exchange of styli to completely remove a given stylus 28 from connection with flange 26, and subsequently to mount a further stylus 28. However this design does not as a consequence of this, increase the number of mechanical support mechanisms which serve to locate the measuring tip relative to the housing.

In a modification, the peripheries of the circular faces of both the flange 26 and supporting body 29 are made of ferromagnetic material to provide a magnetic flux path between flange 26 and body 29 at their peripheries. This increases the magnetic attraction forces between the stylus 28 and retaining member 16 when the probe is overtravelled and thus helps prevent the stylus 28 from becoming completely disconnected. Preferably each of the peripheries is made of a permanent magnetic material.

During a measuring operation, the purpose of which is for example to measure the position of the surface S on a workpiece W, the probe 10 is driven in e.g. the X direction by a machine to which the probe is connected (not shown). At the instant the measuring tip 30 of the stylus 28 comes into contact with the surface S a strain will be present in the stylus 28 and the retaining member 16; the strain is transmitted by diaphragms 18 to the cage 14. Areas of weakness in the form of pillars 50 provided at the base of the cage 14 support strain gauges (not shown) which sense this strain and output a

6

signal accordingly. When the output from the strain gauges has reached a predetermined threshold a signal is sent to the machine indicating contact between the measuring tip 30 and surface S, from which the machine may determine the position of the surface S. This signal is also used to brake motion of the machine. (N.B. the cage and sensing mechanism are described in more detail in our U.S. Pat. No. 4,813,151). Other strain sensing mechanisms e.g. piezo may be used. Overtravel of the probe relative to the workpiece W after the signal has been sent to the machine is, as mentioned above, accommodated by tilting deflection of the stylus 28 relative to the retaining member 16. The magnetic force between the retaining member 16 and the stylus 28 is however such that the stylus 28 remains partially supported thereon (as illustrated in FIG. 3). When the machine has come to complete standstill, the probe is then driven in the reverse direction away from the surface S and the magnetic force between the retaining member 16 and the stylus 28 causes the stylus 28 to pivot back into position relative to the retaining member 16.

A second embodiment of probe according to the present invention is illustrated in FIG. 5 and comprises a retaining module 108, and a task module 110. The retaining module 108 has a fixed structure provided by a cylindrical housing 112 in which a strain-sensitive load cell in the form of a cylindrical cage 114 is supported on pillars 150. A retaining member 116 is supported in the cage 114 by three rollers 118 connected to the retaining member 116, equispaced, and radially extending with respect to axis A of the member 116. Each of the rollers 118 seat in the convergent surfaces defined by an adjacently positioned pair of balls 120 supported on an inwardly depending annular flange 122 of the cage 114, and a spring 124 biases the retaining member 116 into the kinematic location relative to the cage 114 defined by rollers 118 and balls 120. The retaining member 116 projects through an aperture 125 in the base of the housing 112, and terminates in frusto-conical flange 126, which lies within a bore defined by a downwardly depending skirt 127. The task module 110 in the form of a stylus 128, comprises a supporting body 129, a stem 129A and a spherical measuring tip 130, and is releasably mountable on the retaining member 126; a magnetic coupling identical to the one illustrated and described with reference to FIGS. 3 and 4 being provided for this purpose.

As with the previous embodiment, when the machine is operated to bring sensing tip 130 into contact with a surface a surface strain in the stylus 128 and the retaining member 116 is transmitted to the cage 114 and pillars 150 causing strain gauges (not shown) thereon to output a signal which may be used to determine the position of the surface. Overtravel is initially accommodated by displacement of the retaining member 116; one or more of the rollers 118 lifting from its seat with the convergent surfaces provided by the pairs of balls 120. However, movement of the supporting member 116 is limited in the X-Y plane by the skirt 127, in order to protect the strain gauges from becoming damaged due to excessive overtravel of the probe (and thus excessive biasing force from spring 124). Any further overtravel of the probe beyond the point at which movement of the retaining member 116 in the X-Y plane is restricted by the skirt 127 is accommodated by partial breaking of the magnetic coupling between the flange 126 and the sup-

7

porting body 129 of the stylus 128 (as in the first embodiment).

As can be seen from FIG. 5, the stylus 128 has a stem configured to enable measurements to be made by driving the tip 130 against a surface in the +Z direction, so that the tip will move in the −Z direction relative to the probe housing 112. Such movement is also accommodated by the magnetic coupling, typically by tilting of supporting body 129 relative to retaining member 116. Thus, although the retaining member 116 is supported on the cage 114 via a mechanical location out of which it is operatively deflectable, the number of mechanical locations required to produce a probe capable of performing measurements in ±X,Y and Z directions, as well as stylus exchange operations has been reduced from three to two. In a modification of FIG. 5 which achieves the same operational result, the retaining member 116 is fixedly connected to the housing 112 (via cage 114), the supporting body 129 is magnetically located on the retaining member 116, and the stylus is supported on the supporting body 129 in a repeatable rest position out of which it may be displaced.

An alternative embodiment of releasable magnetic coupling is illustrated in FIG. 6 and comprises a stylus 228 having a supporting body 229 provided at the upper end. The supporting body 229 has a circular face 232, which supports three rollers 240, equispaced and radially extending with respect to axis A of the stylus 228. The retaining member 216 has a flange 226 in the form of a cup and supports three pairs of balls 244 which are positioned such that each of the rollers 240 may seat in the convergent surfaces defined by adjacent pairs of balls 244. The stylus 228 is releasably coupled to the retaining member 216 by a magnet 246 supported on supporting body 229 which attracts a further magnet 248 supported on the retaining member 216. The magnet 248 is supported on a block 250, which is in turn supported by a resilient diaphragm 252. Diaphragm 252 permits linear movement of the magnet 248 in a direction substantially parallel to the axis A, thus enabling the magnet 248 to come into contact with the magnet 246. With this arrangement therefore, the biasing force which causes the stylus 228 to return to its kinematic location with respect to the retaining member 216 is provided by the diaphragm 252, while the retaining force between the retaining member 216 and the stylus 228 is provided by the magnets 246,248. It should be noted that either of the coupling mechanisms described in FIGS. 4 and 6 may be used with either of the probes described in FIGS. 1 and 5.

As previously mentioned, magnetic coupling between a retaining member 26;116 and a stylus 28;128 enables the exchange of one stylus 28;128 for another during a probing operation (for example to enable a measuring tip 30;130 to be brought into contact with different geometrical features on a workpiece). A storage system enabling exchange of styli with the design of probe described above will now be described. Referring initially to FIGS. 4 and 7 the support body 29 of stylus 28 supports an annular magnet 60 on the periphery of its circular face. The magnet 60 acts to retain the stylus 28 in a storage port 62 of a magazine 64 (also shown in FIG. 8). Each storage port 62 comprises a support structure provided by a lip 68 which defines a pair of jaws 66 enclosing a substantially semi-circular aperture. The spacing of the jaws 66 is smaller than the radius of the face of the support body 29, thus enabling the support body 29 to be retained magnetically on the lip 68.

8

The flange 26 of the retaining member 16 on the retaining module may nonetheless engage the supporting body 29 by virtue of the fact that the radius of the flange 26 is smaller than the radius of the aperture enclosed by jaws 66. An exchange operation may be performed by driving the machine to move the retaining member 26 into engagement with the supporting body 29, so that each of the rollers 40 seats in the convergent surfaces defined by an adjacent pair of balls 44, and in a continuous downward movement disengaging the supporting body 29 of the stylus 28 from the lip 68 so that the magnet 60 no longer retains the stylus 28 in the storage port 62 of the magazine 64.

An alternative but equivalent embodiment is described in FIG. 6, in which a magnet 260 is provided on the magazine 264. As with the previous embodiment, the magazine 264 comprises a plurality of storage ports 262 each of which comprises a support structure provided by a lip 268, which defines a pair of jaws 266. The supporting body 229 of stylus 228 is retained in the storage port 262 by attraction of a ring 235 of ferromagnetic material at the periphery of the face of the supporting body 229 by the magnet 260. The exchange operation is as described previously. A detent mechanism may be provided to accurately locate the supporting body 229 with respect to the magazine 264.

N.B. These magazines and exchange operations may not be used with the design of FIG. 5, due to the skirt 127.

In a modification, crash protection mechanisms (such as are described in PCT/GB91/00293) may be provided to protect the magazine.

A further modular design of probe will now be described with reference to FIG. 9. A touch probe includes a retaining module in the form of a sensing module 312 and a task module in the form of a stylus module 314 releasably mountable thereon. The stylus module 314 comprises an upper casing 316 and a lower casing 318, retained together by three bolts 320 and associated spacers 322, and enclosed by an intermediate floating skirt 324. A stylus supporting member 326 is biased into a kinematic rest position with respect to the lower casing 318 by a spring 328. The supporting member 326 is displaceable out of the rest position against the biasing action of the spring 328 thus enabling tilting of the stylus to accommodate overtravel of the probe.

The sensing module 312 comprises a fixed structure in the form of a cylindrical housing 330 and a load cell 332 supported thereon. The load cell 332 includes a first part provided by a triangular cross-section cage 334 and a second part provided by a retaining ring 336; the two parts 334,336 are interconnected by an area of weakness provided by three pillars 338 upon which semiconductor strain gauges (not shown) are mounted. The stylus module 314 is releasably mounted in a kinematic location on the sensing module 312 by engagement between a set of kinematic engagement elements on the retaining ring 336 with a set of kinematic engagement elements on the upper casing 316. The respective sets of elements are held in engagement by the attraction between magnets 340,342 provided in the upper casing 316 of the stylus module 314 and the retaining ring 336 of the sensing module 312. Thus far, such a probe is known per se and described in our co-pending European Patent Application No. 92301504.4 (now EP 501710).

A detector is provided on the sensing module 312 to detect when the stylus module 314 is mounted thereon. Referring again to FIG. 9, the detector includes a

9

plunger 350 movable within a bore 352 provided in the magnet 342. The plunger 350 has an elongate body 354 which extends within the bore 352, with a soft iron collar 356 supported thereon at its upper end. The collar 356 has a downwardly depending skirt 358 which is urged by the attractive force between the magnet 342 and the soft iron material of the collar 356 into contact with appropriate electrical connections provided upon a printed circuit board 360, supported on the rearwardly extending face of the retaining ring 336. When the stylus module 314 is mounted on the sensing module 312, the clearance between the magnets 340,342 is such that the lower end of the plunger is urged upwardly, and the soft iron collar 356 lose contact with the circuit board 360 (the attraction force between the magnets 340,342 exceeding the attraction force between the magnet 342 and the collar 356).

Thus, when a stylus module 314 becomes disconnected from the sensing module 312, the skirt 358 completes a circuit provided upon the circuit board 360 and an alarm signal is sent to the machine control causing it to brake movement of the movable arm. Conversely, when the stylus module 314 is connected to the sensing module 312 the circuit on the circuit board 360 is broken and no alarm signal is emitted thus enabling the machine to operate normally.

An example of a magazine suitable for use with the probe construction of FIG. 9 is shown in FIGS. 10–15. The magazine comprises a number of modular storage ports 400 each of which is connectable to an adjacent port or, where appropriate, to an adjacent electronics module 402,404A and 404B. Each of the ports 400 has a support structure comprising a base 410 and a pair of jaws in the form of docking inserts 414 supported on the base 410. Each of the inserts has an edge 416 extending proud of the base 410 in the direction of the adjacent docking insert 414. The edge surfaces 416 extend substantially parallel to each other. A lid 412 is provided in respect of each storage port 400 to protect the engagement elements on the upper casing of the stylus module 314 from contamination by e.g. dust. The lid 412 is pivotally connected to the base 410 via a hinge 413 to enable the lid 412 to lift and therefore expose the engagement elements. A permanent magnet 418 is provided on the upper surface of each docking insert 414 to retain a stylus module 314 in a storage port 400.

The mechanism of retention of a stylus module 314 in a storage port 400 is shown in more detail in FIG. 11. The lower casing 318 of the stylus module 314 terminates at its upper end in a circular lip 319, whose diameter is greater than the diameter of the floating skirt 324. The spacing between the edge surfaces 416 is greater than the diameter of the floating skirt 324, but smaller than the diameter of the lip 319, thus allowing the stylus module 314 a degree of movement in a vertical direction which equals the distance between the upper and lower casings 316,318. The magnet 418 urges the lower casing upward, bringing the lip 319 into engagement with the docking inserts 414. The upper and lower casings 316,318 are of ferromagnetic material (e.g. steel) which, in conjunction with docking inserts 414 and magnets 418 creates a magnetic flux path as indicated by arrows P. The floating skirt is of non-ferromagnetic material to prevent magnetic forces interfering with its operation.

As mentioned earlier, the magazine is provided with a detection system to detect the presence of a sensing module 312 during a stylus changing operation, and to

10

emit a signal which inhibits the alarm signal generated when a stylus module 314 becomes disconnected from the sensing module 312. The detection system comprises three electronic modules: a central module 402 and two end modules 404A,B. Each port 400 may be connected to an adjacent port 400 by means of a bolt 424 and a locating pin 426, and electrical connection between the centre module 402 and end modules 404A,B is provided by a pair of spring loaded contacts 428 on each port 400. Referring now to FIGS. 12–14, each of the contacts 428 comprises a pair of metal plungers 430 each movable within a corresponding sleeve 432 supported in the base 410 of the port 400. Each of the plungers 430 has a narrow contact end 434 terminating in a semi-spherical tip. A conducting helical spring 436 biases the plungers 430 away from each other thus urging the contact ends 434 out of the respective sleeve 432; reduced diameter portions 438 of each sleeve 432 retain the plungers in the base 410. The identical configuration of each plunger 430 in a given spring loaded contact 428 means that each port 400 can be constructed identically, and that each port 400 may be used on either side of the central electronic module 402.

End module 404A generates a pair of light beams 450. End module 404B has a photodetector situated to detect each of the light beams 450 and output a signal accordingly. When a sensing module 312 moves into the path of a beam, the obstruction of the beam causes the electronic circuitry to emit an inhibit signal. This signal inhibits the alarm signal, and thus prevents the machine control from braking movement of the movable arm because the stylus module 314 has become disconnected during the course of a stylus changing operation.

Referring now in particular to FIG. 15, light beam 450 provided at the front of the magazine is obstructed by a probe as it approaches a port 400. The electronic circuitry in the modules 402,404A,B thus emits an override signal preventing any braking movement of the machine. (N.B. The override signal is necessary at this particular point since a trigger signal may be emitted from the strain gauges as a result of the small shock caused by contact between the housing of the sensing module 312 and the front of the lid 412. When the sensing module 312 comes into contact with the lid 412, the curved profile of its forward face 452 causes it to pivot upwards as the sensing module 312 moves to the left in FIG. 15. This upward pivoting of the lid 412 causes a flange 454, provided at the rear of the lid to encroach in the path of light beam 456. When the lid 412 has been tilted to position B in FIG. 15, it can be seen that the flange 454 now completely obstructs the beam 456. The obstruction of beam 456 by flange 454 ensures the continued emission of an override signal as the probe moves out of the path of beam 450. Further movement of the sensing module causes continued tilting of the lid 412 to position C in FIG. 15, whereupon the sensing module 312 may move upwards thus engaging the lip 319 of the lower casing 318 of the stylus module 314 with the docking inserts 414. By Newton's third Law of Motion, the docking inserts 414 apply a downward reaction force to the lower casing 318 to hold it in place, so that continued upward movement results in breaking of the magnetic connection between the sensing module 312 and the stylus module 314. The alarm signal emitted from the probe at this point due to disconnection of the sensing module from the stylus module 312 is overridden by the inhibit signal from the modules 402,404A,B due to the continued obstruction of beam 456. The

11

stylus module 314 then moves back to the right in FIG. 15 until the lid 412 is closed over the port 400. At this position the sensing module 312 obstructs the light beam 450. The sensing module 312 may then move along the magazine until it is adjacent a further port 400, whereupon it may perform a docking operation with a further stylus module.

In a docking operation the movable arm of the machine is operated to drive the sensing module 312 initially in a horizontal direction. In the course of this movement the sensing module 312 will come into contact with the lid 412 which, because of the geometry of its front surface will be lifted up by the sensing module to expose the engagement elements on the upper casing 316 of the stylus module 314. The horizontal movement of the sensing module 312 continues until the engagement element of the sensing and stylus modules 312,314 lie in register with each other. The sensing module 312 is then moved downward. During this downward movement, the two sets of engagement elements come into engagement, and the stylus module 314 simultaneously becomes disengaged from the storage port 400. The downward movement of the sensing module 312 (which now carries a stylus module 314) is then arrested and the probe moved horizontally out of the storage port 400.

In order to prevent damage to the pillars 338 (and strain gauges provided thereon) within the sensing module 312 when the housing 330 comes into contact with the magazine, a reaction flange 362 is provided at the base of the triangular cage 334. The flange 362 has a relatively tight tolerance with respect to the inner diameter of the housing 330, thus any deformation of the housing 330 due to contact with a lid 412 will react initially against the flange 362 rather than the retaining ring 336.

The magazine is mounted upon an overtravel mechanism which enables displacement of the magazine relative to the base 500 on which it is supported, so that in the event of accidental collision between the sensing module 312 and, for example, the electronic module 402, the magazine may tilt out of its position with respect to the base 500. The overtravel mechanism for the magazine is provided by three rollers 510, each of which seat in the convergent surfaces provided by an adjacent pair of balls 512. A biasing spring 514 urges the rollers 510 into engagement with the balls 512. The rollers 510 and balls 512 are wired in a series electrical circuit to detect movement of the magazine from the rest position relative to the base 500 and to emit a signal braking movement of the movable arm of the machine in the event of such a displacement.

To enable exchange of one magazine for another, the base 500 has three radially extending apertures which allow the rollers to be disengaged from the balls 512 under the influence of a force in opposition to the biasing force provided by the spring 514, and the magazine to be rotated about its axis until the rollers 510 lie in register with the aforementioned apertures, whereupon the magazine may be removed from the base. Such a changing mechanism is more fully described in our U.S. Pat. No. 4,349,946.

A modified form of the magazine shown in FIG. 10 will now be described with reference to FIG. 16. The magazine of FIG. 16 additionally comprises a central electronics module 606 which includes a Hall Effect or magnetic reed switch to detect the presence of a sensing module (due to the magnet 342 in the sensing module).

12

Other suitable sensors which detect the presence of a ferromagnetic material may also be used. The magazine of FIG. 16 also differs from the magazine of FIG. 10 in that the body of the magazine is machined from a single piece of aluminium. Docking inserts 610 support permanent magnets 612 which are retained in position by a spacer 614 and a retaining plate 616, fastened in place by retaining screws 618. An individually movable lid 620 is provided in respect of each storage port. The base of the magazine has a top housing 622 biased into a kinematic rest position with respect to a bottom housing 624 by the action of a compression spring 626 held in place by clamping screw 628, nut 630 and washer 632. A micro-switch 634 is supported on a printed circuit board, which is in turn retained in the base of the upper housing 622 by three retaining bolts 638. Also retained in the base of the housing 622 is a planar contact spring 640, supported on a further bolt 642. The free end of the contact spring 640 lies adjacent the microswitch 634, and the displacement of this free end from the microswitch can be adjusted by means of an adjusting nut 646 provided on screw 628. In the event of a crash between, for example, the movable arm and the magazine, the magazine will be allowed to tilt relative to the base 624 against the action of the compression spring 626. This tilting motion will cause the planar contact spring 640 to come into contact with the microswitch 634 which will then emit a crash signal arresting movement of the movable arm.

A changing operation with the modified form of magazine will now be described with reference to FIGS. 17a–d. In order to cause the magazine to emit an inhibiting signal preventing the sensing module from emitting an alarm signal when a stylus module becomes detached therefrom, the Hall Effect sensor provided in the central electronics module 606 must be actuated, and one of the light beams 650,652 emitted between electronic modules 604A and 604B, simultaneously obstructed. Initially, therefore during a stylus changing operation, the sensing module must always approach the central electronics module in order to actuate the Hall Effect sensor. Inevitably the sensing module 312 will simultaneously obstruct the light beam 650, thus causing the magazine to emit an inhibit signal. The sensing module 312 is then moved along the magazine into a position adjacent the requisite storage port (FIG. 17b), and during this operation the light beam 650 remains obstructed, causing the continued emission of an inhibit signal. As the sensing module 314 is moved into position to engage a stylus module, the flanges at the rear of the lid 620 obstruct the light beam 652, even though the sensing module 312 now moves out of the path of the light beam 650; the inhibit signal is therefore continually emitted. Once a stylus changing operation is complete the sensing module 312 is then moved directly away from the particular storage port in question. Both the beams 650,652 are then remade and the inhibit signal from the magazine ceases. The probe is then re-enabled, allowing the alarm signal from the sensing module 312 (in the event that the stylus module 314 becomes disconnected therefrom) to be emitted.

This modified form of magazine, with two independent sensing devices to detect the presence of a sensing module during a stylus changing operation, prevents the emission of an inhibit signal when only one of the light beams is obstructed. This removes the possibility that the inhibit signal will be emitted while the beams

are obstructed by a machine operators hand for example.

In a further modification, the inhibit signal is emitted once the Hall Effect sensor has been actuated, and provided one of the light beams is not unobstructed for a time period exceeding e.g. 5 seconds. This allows a stylus changing operation where the stylus has a star configuration and the probe therefore cannot be moved along the magazine in the path of the light beam 650 without colliding with other stylus modules, or the magazine itself. In yet a further modification a Hall Effect sensor is provided in respect of each storage port, thereby obviating the need for the rear beam, or the requirement that the sensing module 312 visit the central module 606 before each stylus changing operation.

A further aspect of the present invention relates to the mounting of a magazine on a coordinate positioning machine such as a coordinate measuring machine.

Referring now to FIG. 18, a coordinate measuring machine comprises a table 710 along which a bridge 720 moves in a direction defined as the Y direction. A carriage 730 is supported on the bridge for movement relative to the bridge in the direction defined as the X direction, which is orthogonal to the Y direction, and a movable arm 740 is movable within the carriage relative to both, the carriage 730 in a direction defined as the Z direction. Thus, a support structure for the movable arm 740 comprising the bridge 720 and the carriage 730 provides movement of the movable arm 740 in three dimensions relative to the table 710. In an alternative, and entirely equivalent construction of the coordinate measuring machine, the bridge 720 is stationary and the table 710 moves in the X and Y directions relative to the bridge. An inspection probe 750 is supported at the end of the movable arm 740 via a probe head 760, which provides orientation of the probe 750 relative to the movable arm 740 about two orthogonal rotational axes.

Traditionally, a magazine is supported on the table 710 of a coordinate measuring machine. However, in this embodiment of the present invention, the magazine is supported inside a cavity 770 provided in the bridge 720 of the machine. The magazine supported inside the cavity 770 may be of the type illustrated in e.g. FIG. 10. Alternatively, if free access by the probe 750 to all of the ports of the magazine is not possible, a storage port may be supported on a conveyor belt 780. The conveyor belt 780 is driven by motors (not shown) which circulate the ports 790 until the appropriate port is accessible by the probe 750.

Retaining the magazine in the bridge 720 of the machine has several advantages. Firstly, the total available volume of the machine which may be used to inspect parts is increased substantially by removing the magazine from the table 710. Secondly, an exchange operation may be performed while the bridge 720 is moving from one end of the table 710 to another, thus speeding up substantially the cycle time required to perform a measurement operation.

We claim:

1. A coordinate positioning machine having an arm and a table movable relative to each other; a retaining module provided on the arm, having a first set of engagement elements; at least one task module stored within the working area of the machine, said task module having a second set of engagement elements which are releasably engageable with said first set of engagement elements on said retaining module; a magazine having a plurality of storage ports each for storing a said task module; means for magnetically urging said task module into engagement with said storage port in a first direction; wherein said retaining module, said task module and said storage port are configured so that, when said task module is retained in said storage port, the second set of engagement elements on the task module are accessible to the first set of engagement elements on the retaining module from a direction opposite to the first direction, and so that, when first and second elements are engaged, the retaining module may carry the task module away from the storage port in a second direction, transverse to the first direction.

2. A machine according to claim 1, wherein each storage port comprises a pair of jaws extending in said second direction.

3. A machine according to claim 2, wherein said task modules have an upper and a lower casing, and a neck extending therebetween, said second set of engagement elements being provided on said upper casing, and wherein the jaws of said storage ports have a spacing wider than the neck and narrower than the lower casing so that when said task module is retained in said storage port, the lower casing is magnetically urged into engagement with the jaws on one side thereof, the neck extends between the jaws, and the upper casing lies on the other side of the jaws.

4. A machine according to claim 2 wherein said task module includes a supporting body on which said second set of engagement elements are provided, and said retaining module has a retaining member on which said first set of engagement elements are provided, and wherein the jaws of said storage ports have a spacing narrower than the supporting body and wider than the retaining member, thereby enabling said retaining member to pass between said jaws to engage said supporting body.

5. A machine according to claim 1, wherein said magnetic urging means is provided on the magazine.

6. A machine according to claim 5 wherein said magnetic urging means is a permanent magnet.

7. A magazine for use on a coordinate positioning machine, the magazine containing a plurality of task modules each having a set of engagement elements, to enable engagement of a task module by a retaining module provided on a movable arm of the machine, performance of an operation by the machine using said task module, and return of said task module to the magazine, the magazine comprising:

a plurality of storage ports each for retaining a said task module, each storage port having a pair of jaws extending in a first direction;

means for magnetically urging a said task module into engagement with said jaws in a second direction, transverse to said first direction;

wherein the spacing of said jaws, and the configuration of said task modules is such that said engagement elements are accessible from a direction opposite to said first direction and said task modules are disengageable from said storage ports against the action of said magnetic urging means in said direction opposite to said first direction.

8. A magazine according to claim 7 wherein said task modules have: an upper and a lower casing, a neck extending therebetween, and a set of engagement elements provided on the upper casing, wherein the jaws of said storage ports have a spacing wider than the neck and narrower than the lower casing, so that when said task modules are retained in said storage port, the lower

**15**

casing is magnetically urged into engagement with the jaws on one side thereof, the neck extends between the jaws, and the upper casing is on the other side of the jaws.

9. A magazine according to claim 7, wherein said task module includes a supporting body on which said second set of engagement elements are provided, and said retaining module has a retaining member on which said first set of engagement elements are provided, and wherein the jaws of said storage ports have a spacing narrower than the supporting body and wider than the retaining member, thereby enabling said retaining member to pass between said jaws to engage said supporting body.

10. A method of operating a coordinate positioning machine having an arm and a table movable relative to each other; a retaining module provided on the arm; a plurality of task modules, each releasably engageable with the retaining module; a magazine having a plurality of storage ports each of which retains a said task module, each storage port having a pair of jaws; the method comprising the steps of sequentially:

engaging said task module with said retaining module, by magnetically urging said task module onto said retaining module;

operating the machine to perform an operation with said task module;

operating the machine to bring the task module into engagement with the jaws of a storage port;

operating the machine to move the retaining module away from the storage port in a direction opposite to the direction of the magnetic attraction force between the retaining module and task module; wherein

during said movement of the retaining module away from the storage port the jaws of the storage port apply a reaction force to said task module, equal and opposite to the said magnetic attraction force, thereby retaining the task module in the storage port and enabling disengagement of said retaining module from said task module by virtue of the movement of the movable arm and thus the retaining module.

11. The method according to claim 10, wherein said operation performed by said machine includes measurement of workpiece dimensions.

12. A magazine for retaining a plurality of task modules within the working area of a coordinate positioning machine, each said task module being releasably connectable to a retaining module supported on the movable arm of said machine, the magazine having:

**16**

a plurality of storage ports, each for retaining a said task module; and

at least one electromagnetic sensor for sensing the presence of at least one of an electric and a magnetic field generated by a said retaining module thereby to detect the presence of a said retaining module lying in a predetermined spatial relationship with the magazine.

13. A magazine according to claim 12, wherein an electromagnetic sensor is provided in respect of each storage port.

14. A magazine according to claim 12 wherein said storage ports are spaced apart in a first direction, and said magazine further comprises light beam generating means and associated detecting means, said light beam extending substantially parallel to said first direction.

15. A magazine according to claim 14, wherein each storage port comprises a pair of jaws defining an opening into said storage port, and wherein said light beam extends across the opening of the jaws.

16. A magazine according to claim 15 further comprising an individually movable cover provided in respect of each storage port, said covers being movable between a first position in which a said task module is covered, and a second position in which said task module is exposed, wherein further beam generating means and associated detecting means are provided, the position of said further beam, and the configuration of said covers being such that said further beam is obstructed by a said cover in the second position.

17. A coordinate positioning machine comprising: a table; an arm supported by a support structure providing relative movement of the table and the arm; a probe supported on the arm, having a retaining module and a task module releasably connectable to the retaining module, the retaining module having means for detecting when a said task module becomes disconnected therefrom, and for generating an alarm signal accordingly to arrest said relative movement of said table and said arm; a magazine having a plurality of storage ports, each for retaining a said task module to enable exchange of one said task module on said retaining module for another; wherein sensing means are provided for sensing the presence of said retaining module in a predetermined spatial relationship with said magazine, and for emitting an inhibit signal accordingly to inhibit said alarm signal and thereby enable said relative movement during the course of an exchange operation.

18. A machine according to claim 17 wherein said sensing means are provided on the magazine.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.     :  **5,327,657**
DATED          :  **July 12, 1994**
INVENTOR(S) :  **HAJDUKIEWICZ et al.**

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

      Column 14, line 58, change "first" to --second--;

      Column 14, line 61, change "first" to --second--.

Signed and Sealed this

Sixth Day of December, 1994

Attest:

*(signature)* Bruce Lehman

**BRUCE LEHMAN**

*Attesting Officer*     *Commissioner of Patents and Trademarks*