# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

RENISHAW PLC., v. TESA SA, and HEXAGON METROLOGY, INC. (also dba TESA USA, BROWN & SHARPE, INC. and SHEFFIELD MEASUMENT, INC.)

Case Number:

FILED: JUNE 18, 2008
08CV3485
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, RENISHAW PLC

PH

| | |
|---|---|
| NAME (Type or print) <br> Patrick G. Burns | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Patrick G. Burns | |
| FIRM <br> Greer, Burns & Crain, Ltd. | |
| STREET ADDRESS <br> 300 S. Wacker Dr., Ste. 2500 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3122589 | TELEPHONE NUMBER <br> 312-360-0080 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |