## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3485              Assigned/Issued By: j. n.

Judge Name: PALLMEYER              Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

Amount Due:  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350              Receipt #: 2866374

Date Payment Rec'd: 6-18-08   Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____              _____
     *(Type of Writ)*                  *(Type of issuance)*

2 Original and 0 copies on 6-18-08 as to TESA SA; HEXAGON METROLOGY, INC.
                        *(Date)*