IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| RENISHAW PLC, | ) | FILED: JUNE 18, 2008 |
|  | ) | 08CV3485 |
| Plaintiff, | ) | JUDGE PALLMEYER |
|  | ) | Case No.   MAGISTRATE JUDGE NOLAN |
| v. | ) | Judge   PH |
|  | ) |  |
| TESA SA, and | ) | **Jury Trial Demanded** |
| HEXAGON METROLOGY, INC. (also dba | ) |  |
| TESA USA, BROWN & SHARPE, INC., | ) |  |
| and SHEFFIELD MEASUREMENT, INC.), | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**NOTIFICATION OF AFFILIATES**
**DISCLOSURE STATEMENT UNDER LOCAL RULE 3.2**

In accordance with Local Rule 3.2, Renishaw plc hereby states that no publicly held entity owns more than 5% of Renishaw plc.

Respectfully submitted,

Date:  June 18, 2008

Patrick G. Burns

James A. Oliff
Edward P. Walker
John W. O'Meara
Aaron L Webb
John A. Radi
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 836-6400
Facsimile: (703) 836-2787

GREER, BURNS & CRAIN
300 South Wacker Drive, Suite 2500
Chicago, Illinois  60606
Telephone: (312) 360-0080
Facsimile: (312) 360-9315

Attorneys for Plaintiff Renishaw plc