IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENISHAW PLC,<br><br>      Plaintiffs,<br><br>v.<br><br>TESA SA, and HEXAGON METROLOGY, INC. (also dba TESA USA, BROWN & SHARPE, INC., and SHEFFIELD MEASUREMENT, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)  FILED: JUNE 18, 2008<br>)  08CV3485<br>)  JUDGE PALLMEYER<br>)  MAGISTRATE JUDGE NOLAN<br>)<br>)  PH<br>)<br>) |

## NOTICE OF PATENT SUIT

Please take notice, pursuant to 35 U.S.C. § 290, that on June 18, 2008, the above-referenced action was filed in the United States District Court for the Northern District of Illinois, Eastern Division, alleging, among other things, infringement of U.S. Patent Nos. 5,505,005, 6,012,230 and 5,327,657.

The names and addresses of the parties are as follows:

1.    Plaintiff RENISHAW PLC ("Renishaw") is a corporation organized under the laws of the State of Illinois and has a place of business at 5277 Trillium Boulevard, Hoffman Estates, Illinois 60192.

2. On information and belief, defendant TESA SA ("Tesa") is a corporation duly organized and existing under the laws of Switzerland, and has a place of business at Bugnon 38, CH-1020, Renens, Switzerland.

3. On information and belief, defendant HEXAGON METROLOGY, INC. ("Hexagon") is a Delaware corporation licensed to do business in Illinois, and has a place of business at 1558 Todd Farm Dr., Elgin, Illinois 60123.

The first named inventor of the patents in suit are McMurty and Hajdukiewicz.


Dated: June 18, 2008                    Respectfully submitted,


                                        By:     s/ Patrick G. Burns
                                                Patrick G. Burns (IL bar # 3122589)
                                                B. Joe Kim (IL bar # 6231639)
                                                GREER, BURNS & CRAIN, LTD.
                                                300 South Wacker Drive
                                                Suite 2500
                                                Chicago, Illinois  60606
                                                Telephone:  (312) 360-0080
                                                Facsimile: (312) 360-9315

                                                James A. Oliff
                                                Eric D. Morehouse
                                                Oliff & Berridge, PLC
                                                277 South Washington Street
                                                Suite 500
                                                P.O. Box 19928
                                                Alexandria, Virginia  22314
                                                Telephone:  (703) 836-6400
                                                Facsimile: (703) 836-2787