IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENISHAW PLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 08-cv-3485 |
| v. ) | |
| ) | Judge Rebecca Pallmeyer |
| TESA SA, and HEXAGON ) | |
| METROLOGY, INC. (also dba TESA ) | Magistrate Judge Nolan |
| USA, BROWN & SHARPE, INC., and ) | |
| SHEFFIELD MEASUREMENT, INC. ) | |
| ) | |
| Defendant. ) | |

## CORRECTED NOTICE OF PATENT SUIT

Please take notice, pursuant to 35 U.S.C. § 290, that on June 18, 2008, the above-referenced action was filed in the United States District Court for the Northern District of Illinois, Eastern Division, alleging, among other things, infringement of U.S. Patent Nos. 5,505,005, 6,012,230 and 5,327,657.

The names and addresses of the parties are as follows:

1. Plaintiff RENISHAW PLC ("Renishaw") is a corporation duly organized and existing under the laws of England and has a place of business at New Mills, Wotton-under-Edge, Gloucestershire GL 12 8JR, England.

2. On information and belief, defendant TESA SA ("Tesa") is a corporation duly organized and existing under the laws of Switzerland, and has a place of business at Bugnon 38, CH-1020, Renens, Switzerland.

3. On information and belief, defendant HEXAGON METROLOGY, INC. ("Hexagon") is a Delaware corporation licensed to do business in Illinois, and has a place of business at 1558 Todd Farm Dr., Elgin, Illinois 60123.

The first named inventor of the patents in suit are McMurty and Hajdukiewicz.

Dated: June 19, 2008                      Respectfully submitted,

                                By:    s/ Patrick G. Burns
                                       Patrick G. Burns (IL bar # 3122589)
                                       B. Joe Kim (IL bar # 6231639)
                                       GREER, BURNS & CRAIN, LTD.
                                       300 South Wacker Drive
                                       Suite 2500
                                       Chicago, Illinois  60606
                                       Telephone:  (312) 360-0080
                                       Facsimile: (312) 360-9315

                                       James A. Oliff
                                       John W. O'Meara
                                       Edward P. Walker
                                       John A. Radi
                                       Aaron L. Webb
                                       Oliff & Berridge, PLC
                                       277 South Washington Street
                                       Suite 500
                                       P.O. Box 19928
                                       Alexandria, Virginia  22314
                                       Telephone:  (703) 836-6400
                                       Facsimile: (703) 836-2787