AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RENISHAW PLC

CASE NUMBER: 08CV3485

V.

ASSIGNED JUDGE: JUDGE PALLMEYER

TESA SA, and HEXAGON METROLOGY, INC.
(also dba TESA USA, BROWN & SHARPE,
INC., and SHEFFIELD MEASUREMENT, INC.)

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

HEXAGON METROLOGY, INC.
c/o CT CORPORATION SYSTEMS
208 S. LaSalle St., Ste. 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John O'Meara
Oliff & Berridge
277 S. Washington St., Ste. 500
Alexandria, Virginia 22314

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

/s/ Paula Harrison

(By) DEPUTY CLERK

June 18, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>JUNE 19, 2008 |
| NAME OF SERVER *(PRINT)*<br>John Pionke | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>Served on Defendant's Registered</u>
<u>Agent, CT Corporation, 208 S. LaSalle St., Chicago, IL 60604. Service</u>
accepted by DAWN Schulz

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/19/08
               Date

Signature of Server

300 S. Wacker Dr., Chicago, IL 60606
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.