IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENISHAW PLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TESA SA, and ) <br> HEXAGON METROLOGY, INC. (also dba ) <br> TESA USA, BROWN & SHARPE, INC., ) <br> and SHEFFIELD MEASUREMENT, INC.), ) <br> ) <br> Defendants. ) <br> ) | Case No. 08cv3485 <br><br> Judge: Pallmeyer <br> Magistrate Judge: Nolan <br><br> **Jury Trial Demanded** |

### PLAINTIFF RENISHAW'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION AGAINST HEXAGON METROLOGY, INC.

PLEASE TAKE NOTICE that at 8:45 am on July 1, 2008, Plaintiff Renishaw plc ("Renishaw") will respectfully move before the Honorable Rebecca R. Pallmeyer, United States District Judge, for a preliminary injunction, pursuant to 35 U.S.C § 283 and Fed. R. Civ. P. 65. Renishaw will request that defendant Hexagon Metrology, Inc. (also doing business as Tesa USA, Brown and Sharpe, Inc., and Sheffield Measurement, Inc.) (collectively "Hexagon") be preliminarily enjoined from manufacturing, using, selling, or offering to sell within the United States, or importing into the United States, the infringing TESASTAR-mp touch trigger probes, components thereof, and/or accessories therefor, or inducing or contributing to such infringing activities by others, and that Hexagon be required to recall such probes, components, and accessories from any third parties to whom

the probes, components, and/or accessories have been sold, delivered, or promised for delivery.

A preliminary injunction is necessary because Hexagon's TESASTAR-mp probe literally infringes claims 1, 4, and 5 of U.S. Patent No. 5,505,005 ("005 Patent"), and claim 1 of U.S. Patent No. 6,012,230 ("230 Patent"). As set forth in the accompanying Memorandum of Law, Declarations and supporting exhibits, all of the elements necessary for a preliminary injunction have been met. For these reasons, Renishaw respectfully requests that its Motion for a Preliminary Injunction be granted.

Respectfully submitted,

RENISHAW PLC

Dated: June 19, 2008

By: /s/ Patrick G. Burns

Patrick G. Burns ARDC # 3122589
GREER, BURNS & CRAIN
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080
Facsimile: (312) 360-9315

James A. Oliff
Edward P. Walker
John W. O'Meara
Aaron L. Webb
John A. Radi
OLIFF & BERRIDGE, PLC
277 South Washington Street
Suite 500
Alexandria, Virginia 22314
Telephone: (703) 836-6400
Facsimile: (703) 836-2787

Attorneys for Plaintiff Renishaw plc

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008 I caused the attached Plaintiff Renishaw's Notice of Motion and Motion for a Preliminary Injunction Against Hexagon Metrology, Inc., supporting Memorandum of Law, Exhibits, and proposed Order to be served by hand delivery along with the Complaint and Summons in this action upon:

Hexagon Metrology, Inc.
c/o C T CORPORATION SYSTEM
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604
(Statutory Agent)

_____
Attorney for Plaintiff Renishaw plc

Dated: June 19, 2008