**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08-CV-3485

RENISHAW PLC, Plaintiff,
    v.
TESA SA, and HEXAGON METROLOGY, INC., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HEXAGON METROLOGY, INC.

| | |
|---|---|
| NAME (Type or print)<br>Jason A. Engel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jason A. Engel | |
| FIRM<br>Bell, Boyd & Lloyd LLP | |
| STREET ADDRESS<br>70 West Madison Street, Suite 3100 | |
| CITY/STATE/ZIP<br>Chicago/IL/60602-4207 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6274878 | TELEPHONE NUMBER<br>(312) 372-1121 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ✓      APPOINTED COUNSEL ☐ | |