# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3485 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Renishaw PLC vs. Tesa Sa, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff Renishaw's motion for a preliminary injunction against Hexagon Metrology, Inc [15] entered and continued for briefing. Response to be filed by or on 9/5/2008; reply 9/24/2008. Preliminary Injunction Hearing set for 10/8/2008 at 9:30. Defendant to Answer or otherwise plead by 8/8/2008. Status hearing set for 8/26/2008 at 9:00.

Notices mailed by Judicial staff.

00:09

| | Courtroom Deputy Initials: | ETV |
|---|---|---|