AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | July 10, 2008 |
| NAME OF SERVER *(PRINT)* John W. O'Meara | TITLE Counsel for Plaintiff Renishaw, PLC |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By agreement of the parties, I served a copy of the summons and complaint by e-mail to Allan Barry, Esq., counsel for Tesa SA on July 10, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 15, 2008
             *Date*

*Signature of Server*
Oliff & Berridge, PLC
277 South Washington Street, Suite 500
Alexandria, VA  22314
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RENISHAW PLC

CASE NUMBER:

V.

ASSIGNED JUDGE:

TESA SA, and HEXAGON METROLOGY, INC.
(also dba TESA USA, BROWN & SHARPE,
INC., and SHEFFIELD MEASUREMENT, INC.)

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

TESA SA
Bugnon 38, CH-1020
Renens, Switzerland

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John O'Meara
Oliff & Berridge
277 S. Washington St., Ste. 500
Alexandria, Virginia 22314

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK　　　　　　　　　　　　　　　　　　　　　　　DATE