IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENISHAW PLC, ) | |
| ) | Case No. 08cv3485 |
| Plaintiff, ) | |
| ) | Judge: Pallmeyer |
| v. ) | Magistrate Judge: Nolan |
| ) | |
| TESA SA, and ) | **Jury Trial Demanded** |
| HEXAGON METROLOGY, INC. (also dba ) | |
| TESA USA, BROWN & SHARPE, INC., ) | |
| and SHEFFIELD MEASUREMENT, INC.), ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF RENISHAW'S MOTION FOR A
## PRELIMINARY INJUNCTION AGAINST TESA SA

Plaintiff Renishaw plc ("Renishaw") respectfully moves before the Honorable Rebecca R. Pallmeyer, United States District Judge, for a preliminary injunction, pursuant to 35 U.S.C § 283 and Fed. R. Civ. P. 65, against defendant Tesa SA. Renishaw requests that defendant Tesa SA be preliminarily enjoined along with defendant Hexagon Metrology, Inc. (also dba Tesa USA, Brown & Sharpe, Inc. and Sheffield Measurement, Inc.) from manufacturing, using, selling, or offering to sell within the United States, or importing into the United States, the infringing TESASTAR-mp touch trigger probes, components thereof, and/or accessories therefor, or inducing or contributing to such infringing activities by others, and that Tesa SA be required to recall such probes, components, and accessories from any third parties to whom the probes, components, and/or accessories have been sold, delivered, or promised for delivery.

A preliminary injunction is necessary because defendants' TESASTAR-mp probe literally infringes claims 1, 4, and 5 of U.S. Patent No. 5,505,005 ("005 Patent"), and claim 1 of U.S. Patent No. 6,012,230 ("230 Patent"). In support of this motion, Renishaw relies on the Memorandum of Law, Declarations and supporting exhibits that were previously submitted to the Court (Docket Entry No. 12) and served on defendants' counsel in support of Renishaw's pending Motion for a Preliminary Injunction Against Hexagon Metrology, Inc., which demonstrate that all of the elements necessary for a preliminary injunction have been met and that Renishaw is entitled to preliminary injunctive relief. The statements and arguments presented in those documents apply equally to Tesa SA as they do to Hexagon Metrology, Inc. Hexagon's response to Renishaw's previously filed Motion for a Preliminary Injunction is due on September 5, 2008, and a hearing has been scheduled for October 8, 2008. Tesa SA is a related company to Hexagon Metrology, Inc. (and manufactures and supplies the TESASTAR-mp product at issue that is sold by Hexagon Metrology, Inc. in the United States), and both companies are represented by the same counsel. Accordingly, Renishaw submits that Tesa SA can readily join in the pending preliminary injunction proceeding. Of course, if the Court prefers, a separate, abbreviated hearing with respect to Tesa SA could be conducted after a preliminary injunction is entered against Hexagon Metrology, Inc.

Tesa SA was served with Renishaw's Complaint on July 10, 2008. As Renishaw's counsel suggested at the July 1 hearing concerning its preliminary injunction motion against Hexagon Metrology, Inc., now that Tesa SA has been served with Renishaw's Complaint, Tesa SA should be subject to a preliminary injunction entered against Hexagon

Metrology, Inc.  After conferring with counsel for Tesa SA, counsel for Tesa SA indicated on July 18 that Tesa SA would not agree to join in the pending preliminary injunction proceeding in this case.  Accordingly, Renishaw hereby moves for a preliminary injunction against Tesa SA.

For these reasons, Renishaw respectfully requests that its Motion for a Preliminary Injunction Against Tesa SA be granted.

        Respectfully submitted,

        RENISHAW PLC

Dated: July 23, 2008        By:      s/ Patrick G. Burns
        James A. Oliff   (joliff@oliff.com)
        Edward P. Walker (ewalker@oliff.com)
        John W. O'Meara  (jomeara@oliff.com)
        Aaron L. Webb  (awebb@oliff.com)
        John A. Radi  (jradi@oliff.com)
        OLIFF & BERRIDGE, PLC
        277 South Washington Street, Suite 500
        Alexandria, Virginia   22314
        Telephone: (703) 836-6400
        Facsimile: (703) 836-2787

        Patrick G. Burns (IL ARDC #3122589)
        (pburns@gbclaw.com)
        B. Joe Kim (IL ARDC #6231039)
        (jkim@gbclaw.com)
        GREER, BURNS & CRAIN
        300 South Wacker Drive
        Suite 2500
        Chicago, Illinois   60606
        Telephone: (312) 360-0080
        Facsimile: (312) 360-9315

        Attorneys for Plaintiff Renishaw plc

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the attached Plaintiff Renishaw's Motion for a Preliminary Injunction Against Tesa SA to be served by hand delivery upon:

Alan L. Barry
Patricia K. Schmidt
Jason A. Engel
BELL, BOYD & LLOYD LLP
70 W. Madison Street, 3100
Chicago, IL 60602
(312) 372-1121
abarry@bellboyd.com.
pschmidt@bellboyd.com
jengel@bellboyd.com

Attorneys for Defendants Tesa SA and Hexagon Metrology, Inc.

s/ Patrick G. Burns
Attorney for Plaintiff Renishaw plc

Dated: July 23, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENISHAW PLC,<br><br>          Plaintiff,<br><br>    v.<br><br>TESA SA, and<br>HEXAGON METROLOGY, INC. (also dba<br>TESA USA, BROWN & SHARPE, INC.,<br>and SHEFFIELD MEASUREMENT, INC.),<br><br>          Defendants. | Case No. 08cv3485<br><br>Judge: Pallmeyer<br>Magistrate Judge: Nolan<br><br>**Jury Trial Demanded** |

**[PROPOSED] ORDER FOR PRELIMINARY INJUNCTIVE RELIEF**

The parties having come before the Court on October 8, 2008 on Plaintiff Renishaw plc's Motions for Preliminary Injunctions Against Defendants Tesa SA and Hexagon Metrology, Inc., and the Court having fully considered the evidence and arguments presented, it is hereby ORDERED that:

Defendants Tesa SA and Hexagon Metrology, Inc., their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are preliminarily enjoined, pending the final outcome of this action, from infringing, inducing infringement of, or contributorily infringing claims 1, 4 and 5 of U.S. Patent No. 5,505,005 and claim 1 of U.S. Patent No. 6,012,230 (the "patents in suit").

Such infringement, inducement and/or contributory infringement of the patents in suit that is subject to this Preliminary Injunction includes, but is not limited to, making, using, selling, offering to sell, distributing, promoting, contracting with respect to, displaying and/or advertising for sale within the United States, or importing into the United States, TESASTAR-mp touch trigger probes, components, and/or accessories, or contributing to or inducing others to do the same.

In addition, Tesa SA and Hexagon Metrology, Inc. shall immediately recall any and all TESASTAR-mp touch trigger probes, components, and accessories from their customers, distributors, sales agents, or any other third parties to whom Tesa and Hexagon have sold, delivered, or promised delivery of such probes, components, and/or accessories, and Tesa and Hexagon shall certify to the Court within 60 days of this Order that all such TESASTAR-mp probes, components, and accessories have been successfully recalled, or provide an explanation of why any such probes, components, or accessories were not successfully recalled.

IT IS SO ORDERED


Date:_____          _____
                                       Rebecca R. Pallmeyer
                                       United States District Judge