IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENISHAW PLC,<br><br>           Plaintiff,<br><br>       v.<br><br>TESA SA, and<br>HEXAGON METROLOGY, INC. (also dba<br>TESA USA, BROWN & SHARPE, INC.,<br>and SHEFFIELD MEASUREMENT, INC.),<br><br>           Defendants. | Case No. 08cv3485<br><br>Judge: Pallmeyer<br>Magistrate Judge: Nolan<br><br>**Jury Trial Demanded** |

**PLAINTIFF RENISHAW'S NOTICE OF MOTION FOR
A PRELIMINARY INJUNCTION AGAINST TESA SA**

PLEASE TAKE NOTICE that at 8:45 a.m. on July 29, 2008, Plaintiff Renishaw plc ("Renishaw") will move before the Honorable Rebecca R. Pallmeyer, United States District Judge, for a preliminary injunction, pursuant to 35 U.S.C § 283 and Fed. R. Civ. P. 65, against defendant Tesa SA.  Renishaw will request that defendant Tesa SA be preliminarily enjoined along with defendant Hexagon Metrology, Inc. (also dba Tesa USA, Brown & Sharpe, Inc. and Sheffield Measurement, Inc.) from manufacturing, using, selling, or offering to sell within the United States, or importing into the United States, the infringing TESASTAR-mp touch trigger probes, components thereof, and/or accessories therefor, or inducing or contributing to such infringing activities by others, and that Tesa SA be required to recall such probes, components, and accessories from any third parties to whom the probes, components, and/or accessories have been sold, delivered, or promised for delivery.

A preliminary injunction is necessary because the defendants' TESASTAR-mp probe literally infringes claims 1, 4, and 5 of U.S. Patent No. 5,505,005 ("005 Patent"), and claim 1 of U.S. Patent No. 6,012,230 ("230 Patent").

                                                  Respectfully submitted,

                                                  RENISHAW PLC

Dated: July 23, 2008                    By:      s/ Patrick G. Burns
                                                  James A. Oliff (joliff@oliff.com)
                                                  Edward P. Walker (ewalker@oliff.com)
                                                  John W. O'Meara (jomeara@oliff.com)
                                                  Aaron L. Webb (awebb@oliff.com)
                                                  John A. Radi (jradi@oliff.com)
                                                  OLIFF & BERRIDGE, PLC
                                                  277 South Washington Street
                                                  Suite 500
                                                  Alexandria, Virginia   22314
                                                  Telephone: (703) 836-6400
                                                  Facsimile: (703) 836-2787

                                                  Patrick G. Burns (IL ARDC #3122589)
                                                  (pburns@gbclaw.com)
                                                  B. Joe Kim (IL ARDC#6231039)
                                                  (jkim@gbclaw.com)
                                                  GREER, BURNS & CRAIN
                                                  300 South Wacker Drive
                                                  Suite 2500
                                                  Chicago, Illinois   60606
                                                  Telephone: (312) 360-0080
                                                  Facsimile: (312) 360-9315

                                                  Attorneys for Plaintiff Renishaw plc

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the attached Plaintiff Renishaw's Notice of Motion for a Preliminary Injunction Against Tesa SA to be served by hand delivery upon:

Alan L. Barry
Patricia K. Schmidt
Jason A. Engel
BELL, BOYD & LLOYD LLP
70 W. Madison Street, 3100
Chicago, IL 60602
(312) 372-1121
abarry@bellboyd.com.
pschmidt@bellboyd.com
jengel@bellboyd.com

Attorneys for Defendants Tesa SA and Hexagon Metrology, Inc.

s/ Patrick G. Burns
Attorney for Plaintiff Renishaw plc

Dated: July 23, 2008

3