## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3485 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Renishaw PLC vs. Tesa SA, et al | | |

**DOCKET ENTRY TEXT**

Parties have jointly stipulated to the following modification to the schedule set forth in the court's 7/1/2008 order. Tesa SA and Hexagon Metrology Inc. will file their responsive briefs on 10/3/2008. Renishaw plc will file its reply brief on 11/3/2008. Preliminary Injunction hearing set 10/8/2008 is stricken and set for November 17 and 18, 2008 at 9:30. Status hearing set for 8/26/2008 is stricken.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|