1.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENISHAW PLC, | ) |
|                 Plaintiff, | ) Case No. 08cv3485 |
| v. | ) Judge: Pallmeyer |
| | ) Magistrate Judge: Nolan |
| TESA SA, and | ) **Jury Trial Demanded** |
| HEXAGON METROLOGY, INC. (also dba | ) |
| TESA USA, BROWN & SHARPE, INC., | ) |
| and SHEFFIELD MEASUREMENT, INC.), | ) |
|                 Defendants. | ) |

## [PROPOSED] STIPULATED ORDER ON PLAINTIFF RENISHAW PLC'S MOTION FOR A PRELIMINARY INJUNCTION AGAINST TESA SA

Before the Court is Plaintiff Renishaw plc's Motion for a Preliminary Injunction Against Tesa SA. In response thereto, Tesa SA has agreed to join and be bound by the pending preliminary injunction proceedings in this case. As an accommodation to Tesa SA, the parties have jointly stipulated to the following modifications to the schedule set forth in the Court's July 1, 2008 Minute Order, subject to the Court's approval:

**October 3, 2008:** Tesa SA and Hexagon Metrology Inc. will file their responsive briefs.

**November 3, 2008:** Renishaw plc will file its reply brief.

The Preliminary Injunction Hearing will take place on **November 17 and 18, 2008,** as may be consistent with the Court's schedule, with all named parties participating.

| RENISHAW PLC | TESA SA and HEXAGON METROLOGY, INC. |
|---|---|
| By: ___/s/ Patrick G. Burns_____<br>　　Patrick G. Burns<br>　　(pburns@gbclaw.com)<br>　　GREER, BURNS & CRAIN<br>　　300 South Wacker Drive<br>　　Suite 2500<br>　　Chicago, Illinois 60606<br>　　Telephone: (312) 360-0080<br>　　Facsimile: (312) 360-9315 | _____/s/ Jason A. Engel_____<br>　　Jason A. Engel<br>　　(jengel@bellboyd.com)<br>　　BELL, BOYD & LLOYD LLP<br>　　70 W. Madison Street, 3100<br>　　Chicago, IL 60602<br>　　(312) 372-1121 |

　　As the Court finds that there is good cause shown for the above-stated modifications to the Court's July 1, 2008 Minute Order, the Court enters the parties' proposed preliminary injunction schedule as set forth herein, applicable to Plaintiff Renishaw plc and Defendants Hexagon Metrology, Inc. and Tesa SA.

　　IT IS SO ORDERED

Date:___July 31, 2008_____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Rebecca R. Pallmeyer
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of [PROPOSED] STIPULATED ORDER ON PLAINTIFF RENISHAW PLC'S MOTION FOR A PRELIMINARY INJUNCTION AGAINST TESA SA has been served upon the individuals listed below via email this 28th day of July, 2008:

Jason A. Engel
(jengel@bellboyd.com)
BELL, BOYD & LLOYD LLP
70 W. Madison Street, 3100
Chicago, IL 60602
(312) 372-1121

                                       */s/ Patrick G. Burns*
                                       Patrick G. Burns