IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| RENISHAW PLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TESA SA, and )<br>HEXAGON METROLOGY, INC. (also dba )<br>TESA USA, BROWN & SHARPE, INC., )<br>and SHEFFIELD MEASUREMENT, INC.), )<br>)<br>Defendants. )<br>) | Case No. 08cv3485<br><br>Judge: Pallmeyer<br>Magistrate Judge: Nolan<br><br>**Jury Trial Demanded** |

**NOTICE OF JOINT MOTION FOR THE ENTRY OF
<u>A STIPULATED PROTECTIVE ORDER</u>**

PLEASE TAKE NOTICE that at 8:45 a.m. on August 12, 2008, the parties to the above-captioned action, Plaintiff Renishaw plc and Defendants Tesa SA and Hexagon Metrology, Inc. (also dba Tesa USA, Brown & Sharpe, Inc. and Sheffield Measurement, Inc.), will jointly move before the Honorable Rebecca R. Pallmeyer, United States District Judge, for the entry of a Stipulated Protective Order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

Dated August 1, 2008.

| RENISHAW PLC | TESA SA and HEXAGON METROLOGY, INC. |
|---|---|

By:   /s/ John W. O'Meara                By:   /s/ Jason A. Engel

| James A. Oliff | Alan L. Barry |
| (joliff@oliff.com) | Patricia K. Schmidt |
| Edward P. Walker | Jason A. Engel |
| (ewalker@oliff.com) | BELL, BOYD & LLOYD LLP |
| John W. O'Meara | 70 W. Madison Street, 3100 |
| (jomeara@oliff.com) | Chicago, IL 60602 |
| Aaron L. Webb | (312) 372-1121 |
| (awebb@oliff.com) | abarry@bellboyd.com. |
| John A. Radi | pschmidt@bellboyd.com |
| (jradi@oliff.com) | jengel@bellboyd.com |
| OLIFF & BERRIDGE, PLC | |
| 277 South Washington Street | Attorneys for Defendants Tesa SA |
| Suite 500 | and Hexagon Metrology, Inc. |
| Alexandria, Virginia   22314 | |
| Telephone: (703) 836-6400 | |
| Facsimile: (703) 836-2787 | |

Patrick G. Burns
(pburns@gbclaw.net)
B. Joe Kim
(jkim@gbclaw.net)
GREER, BURNS & CRAIN
300 South Wacker Drive
Suite 2500
Chicago, Illinois   60606
Telephone: (312) 360-0080
Facsimile: (312) 360-9315

Attorneys for Plaintiff Renishaw plc

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the attached Notice of Joint Motion for the Entry of a Stipulated Protective Order to be served by ECF under Local Rule 5.2 and first class mail upon:

Alan L. Barry
Patricia K. Schmidt
Jason A. Engel
BELL, BOYD & LLOYD LLP
70 W. Madison Street, 3100
Chicago, IL 60602
(312) 372-1121
abarry@bellboyd.com.
pschmidt@bellboyd.com
jengel@bellboyd.com

Attorneys for Defendants Tesa SA and Hexagon Metrology, Inc.

　　　　　　　　　　　　　　　　　　/s/ John W. O'Meara
　　　　　　　　　　　　　　　　　Attorney for Plaintiff Renishaw plc

Dated: August 1, 2008