**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RENISHAW PLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08-CV-3485 |
| v. ) | |
| ) | Hon. Rebecca R. Pallmeyer |
| TESA SA, and ) | Presiding Judge |
| HEXAGON METROLOGY, INC. (also dba) | |
| TESA USA, BROWN & SHARPE, INC. and) | Hon. Judge Nan R. Nolan |
| SHEFFIELD MEASUREMENT, INC.) ) | Magistrate Judge |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' MOTION TO DISQUALIFY OLIFF & BERRIDGE FROM ITS REPRESENTATION OF RENISHAW PLC

Defendants TESA SA and Hexagon Metrology, Inc. respectfully move before the Honorable Rebecca R. Pallmeyer, United States District Judge, to disqualify the law firm of Oliff & Berridge ("Oliff & Berridge" or "Oliff") from its representation of Renishaw plc ("Renishaw") in this case.

1. Oliff & Berridge has breached its duty of loyalty by simultaneously representing both Renishaw and at least two commonly controlled affiliates of the defendants.

2. Defendants here are part of an integrated enterprise known as the Hexagon Metrology Group ("Hexagon Metrology" or "Group"), composed of a number of wholly-owned subsidiaries involved with precision measuring technology.

3. Based the Hexagon Group's common control over its affiliates, the Group is Oliff's current client for conflict of interests purposes.

Accordingly, for the reasons set forth in their Memorandum in Support of Their Motion to Disqualify Oliff & Berridge From Its Representation of Renishaw, Defendants' respectfully request that this Court grant their motion to disqualify Oliff & Berridge.

Dated:  August 1, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

　　　　　　　　　　　　　　　　　　　　　　　By:  */s/ Michael J. Abernathy*
　　　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

　　　　　　　　　　　　　　　　　　　　　　　Michael J. Abernathy (mabernathy@bellboyd.com)
　　　　　　　　　　　　　　　　　　　　　　　Alan L. Barry (abarry@bellboyd.com)
　　　　　　　　　　　　　　　　　　　　　　　Patricia Kane Schmidt (pschmidt@bellboyd.com)
　　　　　　　　　　　　　　　　　　　　　　　Jason A. Engel (jengel@bellboyd.com)
　　　　　　　　　　　　　　　　　　　　　　　Marron A. Mahoney (mmahoney@bellboyd.com)
　　　　　　　　　　　　　　　　　　　　　　　BELL, BOYD & LLOYD LLP
　　　　　　　　　　　　　　　　　　　　　　　70 West Madison Street, Suite 3100
　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60602
　　　　　　　　　　　　　　　　　　　　　　　(312) 372-1121
　　　　　　　　　　　　　　　　　　　　　　　(312) 827-8000 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing DEFENDANTS'

MOTION TO DISQUALIFY OLIFF & BERRIDGE were served in the manner indicated below:

**Via ECF with courtesy copy via email:**

Patrick G. Burns
B. Joe Kim
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
25th Floor
Chicago, IL 60606

**Via ECF with courtesy copy via email:**

John W. O'Meara (jomeara@oliff.com)
Aaron L. Webb (awebb@oliff.com)
Edward P Walker (ewalker@oliff.com)
John A. Radi (jradi@oliff.com)
Oliff & Berridge, PLC
277 South Washington Street
Suite 500
Alexandria, VA 22314

on this 1st day of August, 2008.

                                                                                */s/ Patricia Kane Schmidt*
                                                                                One of the Attorneys for
                                                                                DEFENDANTS