## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RENISHAW PLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08-CV-3485 |
| v. ) | |
| ) | Hon. Rebecca R. Pallmeyer |
| TESA SA, and ) | Presiding Judge |
| HEXAGON METROLOGY, INC. (also dba) | |
| TESA USA, BROWN & SHARPE, INC. and) | Hon. Judge Nan R. Nolan |
| SHEFFIELD MEASUREMENT, INC.) ) | Magistrate Judge |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' NOTICE OF MOTION TO DISQUALIFY
### OLIFF &BERRIDGE FROM ITS REPRESENTATION OF RENISHAW PLC

PLEASE TAKE NOTICE that Monday, August 11, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer, or any other person sitting in her place, in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the **DEFENDANTS' MOTION TO DISQUALIFY OLIFF & BERRIDGE FROM ITS REPRESENTATION OF RENISHAW PLC**, a copy of which is hereby served upon you.

Dated:  August 1, 2008                Respectfully submitted,


DEFENDANTS


By: _/s/ Patricia Kane Schmidt_____
     One of its Attorneys

Michael J. Abernathy (mabernathy@bellboyd.com)
Alan L. Barry (abarry@bellboyd.com)
Patricia Kane Schmidt (pschmidt@bellboyd.com)
Jason A. Engel (jengel@bellboyd.com)
Marron A. Mahoney (mmahoney@bellboyd.com)
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
(312) 372-1121
(312) 827-8000 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing DEFENDANTS'

NOTICE OF MOTION TO DISQUALIFY OLIFF & BERRIDGE were served in the manner

indicated below:

**Via ECF with courtesy copy via email:**

Patrick G. Burns
B. Joe Kim
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
25th Floor
Chicago, IL 60606

**Via ECF with courtesy copy via email:**

John W. O'Meara (jomeara@oliff.com)
Aaron L. Webb (awebb@oliff.com)
Edward P Walker (ewalker@oliff.com)
John A. Radi (jradi@oliff.com)
Oliff & Berridge, PLC
277 South Washington Street
Suite 500
Alexandria, VA 22314

on this 1st day of August, 2008.

_/s/ Patricia Kane Schmidt_____
One of the Attorneys for
DEFENDANTS