# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3485 | **DATE** | 8/11/2008 |
| **CASE TITLE** | Renishaw PLC vs. Tesa Sa, et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion to disqualify Oliff & Berridge from its representation of Renishaw PLC [39] entered and continued for briefing. Response to be filed by or on 8/13/2008; reply 8/25/2008. Oral argument set for 8/28/2008 at 11:00.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|