Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3485 | DATE | 8/11/2008 |
| CASE TITLE | Renishaw PLC vs. Tesa Sa, et al | | |

**DOCKET ENTRY TEXT**

Joint motion for the entry of a Stipulated Protective Order [37] granted. Enter Stipulated Protective Order as amended.

Notices mailed by Judicial staff.

00:01

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|

2008 AUG 13 PM 5:36
FILED