**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RENISHAW PLC,                )<br>                                          )<br>        Plaintiff,                 )<br>                                          )   No. 08-CV-3485<br>    v.                                  )<br>                                          )   Hon. Rebecca R. Pallmeyer<br>TESA SA, and                     )        Presiding Judge<br>HEXAGON METROLOGY, INC. (also dba)<br>TESA USA, BROWN & SHARPE, INC. and)   Hon. Judge Nan R. Nolan<br>SHEFFIELD MEASUREMENT, INC.)         Magistrate Judge<br>                                          )<br>        Defendants.               )<br>                                          ) | |

**DEFENDANTS' MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL**

Defendants TESA SA and Hexagon Metrology, Inc. respectfully move this Court for leave to file the following documents under seal in connection with Defendants' Reply in Support of Their Motion to Disqualify Oliff & Berridge From Its Representation of Renishaw plc ("Reply"):

1.  <u>Renishaw's June 2008 CMM Report  (Ex. 17)</u>: Renishaw designated this document "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order entered in this case.  Defendants make no assertion at this time whether they agree with Renishaw's designation.

2.  <u>Leo Somerville Deposition Transcript, August 15, 2008 (Ex. 18)</u>: Plaintiff Renishaw plc ("Renishaw") designated this transcript "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order entered in this

case. Defendants make no assertion at this time whether they agree with Renishaw's designation.

3. <u>October 16, 2003 Letter from Oliff & Berridge Attorney Darle Short to William Gruber (Ex. 19)</u>: This letter contains privileged attorney-client communications.

Defendants file this Motion concurrently with their Reply. The above-identified exhibits are attached to Defendants' Reply.

Dated: August 25, 2008                                Respectfully submitted,

                                                           DEFENDANTS

                                                           By: */s/ Michael J. Abernathy*
                                                               One of their Attorneys

                                                           Michael J. Abernathy (mabernathy@bellboyd.com)
                                                           Alan L. Barry (abarry@bellboyd.com)
                                                           Patricia Kane Schmidt (pschmidt@bellboyd.com)
                                                           Jason A. Engel (jengel@bellboyd.com)
                                                           Marron A. Mahoney (mmahoney@bellboyd.com)
                                                           BELL, BOYD & LLOYD LLP
                                                           70 West Madison Street, Suite 3100
                                                           Chicago, Illinois 60602
                                                           (312) 372-1121
                                                           (312) 827-8000 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL were served in the manner indicated below:

**Via ECF with courtesy copy via email:**

Patrick G. Burns
B. Joe Kim
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
25th Floor
Chicago, IL 60606

**Via ECF with courtesy copy via email:**

John W. O'Meara (jomeara@oliff.com)
Aaron L. Webb (awebb@oliff.com)
Edward P Walker (ewalker@oliff.com)
John A. Radi (jradi@oliff.com)
Oliff & Berridge, PLC
277 South Washington Street
Suite 500
Alexandria, VA 22314

on this 25th day of August, 2008.

*/s/ Patricia Kane Schmidt*
One of the Attorneys for
DEFENDANTS