## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RENISHAW PLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08-CV-3485 |
| v. ) | |
| ) | Hon. Rebecca R. Pallmeyer |
| TESA SA, and ) | Presiding Judge |
| HEXAGON METROLOGY, INC. (also dba) | |
| TESA USA, BROWN & SHARPE, INC. and) | Hon. Judge Nan R. Nolan |
| SHEFFIELD MEASUREMENT, INC.) ) | Magistrate Judge |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' NOTICE OF MOTION
## FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

PLEASE TAKE NOTICE that Thursday, August 28, 2008 at 8:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer, or any other person sitting in her place, in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the **DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**, a copy of which is hereby served upon you.

Dated: August 25, 2008                                  Respectfully submitted,

                                                        DEFENDANTS

                                                        By: _/s/ Patricia Kane Schmidt_
                                                              One of its Attorneys

                                                        Michael J. Abernathy (mabernathy@bellboyd.com)
                                                        Alan L. Barry (abarry@bellboyd.com)
                                                        Patricia Kane Schmidt (pschmidt@bellboyd.com)
                                                        Jason A. Engel (jengel@bellboyd.com)
                                                        Marron A. Mahoney (mmahoney@bellboyd.com)
                                                        BELL, BOYD & LLOYD LLP
                                                        70 West Madison Street, Suite 3100

Chicago, Illinois  60602
(312) 372-1121
(312) 827-8000 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing DEFENDANTS' NOTICE OF MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL were served in the manner indicated below:

**Via ECF with courtesy copy via email:**

Patrick G. Burns
B. Joe Kim
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
25th Floor
Chicago, IL 60606

**Via ECF with courtesy copy via email:**

John W. O'Meara (jomeara@oliff.com)
Aaron L. Webb (awebb@oliff.com)
Edward P Walker (ewalker@oliff.com)
John A. Radi (jradi@oliff.com)
Oliff & Berridge, PLC
277 South Washington Street
Suite 500
Alexandria, VA 22314

on this 25th day of August, 2008.

*/s/ Patricia Kane Schmidt*
One of the Attorneys for
DEFENDANTS