IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENISHAW PLC,<br><br>   Plaintiff,<br><br>  v.<br><br>TESA SA, and<br>HEXAGON METROLOGY, INC. (also dba<br>TESA USA, BROWN & SHARPE, INC.,<br>and SHEFFIELD MEASUREMENT, INC.),<br><br>   Defendants. | Case No. 1:08-cv-03485<br><br>Hon. Rebecca R. Pallmeyer<br>Presiding Judge<br><br>Hon. Nan R. Nolan<br>Magistrate Judge |

## RENISHAW PLC'S ANSWERS TO DEFENDANTS' COUNTERCLAIMS

Renishaw plc ("Renishaw") hereby replies to Defendants' Counterclaims as follows:

### AFFIRMATIVE AND OTHER DEFENSES

1. The asserted claims of the Renishaw Patents are invalid because they fail to comply with the requirements of Title 35 of the United States Code, including but not limited to 35 U.S.C. §§ 101, 102, 103, and 112.

**ANSWER:** Renishaw denies the allegations of Paragraph 1.

2. Hexagon does not infringe and has not induced or contributed to infringement by another of any valid and enforceable asserted claim of the Renishaw Patents.

**ANSWER:** Renishaw denies the allegations of Paragraph 2.

### COUNTERCLAIMS

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1331, the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and under the laws of the United States concerning actions related to patents, 28 U.S.C. § 1338(a).

**ANSWER:** Renishaw admits the allegations of Paragraph 3.

4. Venue is proper in this Court under 28 U.S.C. § 1391(b) and 1400.

**ANSWER:** Renishaw admits the allegations of Paragraph 4.

## THE PARTIES

5. TESA SA is a corporation organized under the laws of Switzerland having a principal place of business at Bugnon 38, CH-1020, Renens, Switzerland.

**ANSWER:** On information and belief, Renishaw admits the allegations of Paragraph 5.

6. Hexagon Metrology, Inc. is a Delaware corporation having a principal place of business at 250 Circuit Drive, North Kingstown, Rhode Island 02852.

**ANSWER:** On information and belief, Renishaw admits that Hexagon Metrology, Inc. is a Delaware corporation that maintains a place of business at 250 Circle Drive, North Kingstown, Rhode Island 02852. Renishaw lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 6 and therefore denies same.

7. On information and belief, Counterclaim-defendant Renishaw plc ("Renishaw") is a corporation organized under the laws of England having a principal place of business at New Mills, Wotton-under-Edge, Gloucestershire GL12 8JR, England.

**ANSWER:** Renishaw admits the allegations of Paragraph 7.

8. On information and belief, Renishaw is the assignee of U.S. Patent Nos. 5,327,657 ("'657 Patent"), 5,505,005 ("'005 Patent"), and 6,012,230 ("'230 Patent") (collectively "Renishaw Patents").

**ANSWER:** Renishaw admits the allegations of Paragraph 8.

## FIRST COUNTERCLAIM: DECLARATION OF INVALIDITY

9. Hexagon incorporates Paragraphs 1 through 7 of its Affirmative and Other Defenses and Counterclaims as if fully set forth herein.

**ANSWER:** Renishaw incorporates its responses to Paragraphs 1-8 by reference as though set forth here in full.

10. The asserted claims of the '005 and '230 Patents are invalid for failure to comply with one or more of the provisions specified in, *inter alia*, 35 U.S.C. §§ 101, 102, 103, and/or 112.

**ANSWER:** Renishaw denies the allegations of Paragraph 10.

11. An actual and justiciable controversy exists between Hexagon and Renishaw with respect to the validity of the asserted claims of the '005 and '230 Patents.

**ANSWER:** Renishaw admits the allegations of Paragraph 11.

### SECOND COUNTERCLAIM: DECLARATION OF NON-INFRINGEMENT

12. Hexagon incorporates Paragraphs 1 through 10 of its Affirmative and Other Defenses and Counterclaims as if fully set forth herein.

**ANSWER:** Renishaw incorporates its responses to Paragraphs 1-11 by reference as though set forth here in full.

13. Hexagon does not infringe any valid and enforceable asserted claims of the Renishaw Patents.

**ANSWER:** Renishaw denies the allegations of Paragraph 13.

14. An actual and justiciable controversy exists between Hexagon and Renishaw with respect to the allegations in the Complaint that Hexagon infringes the asserted claims of the Renishaw Patents.

**ANSWER:** Renishaw admits the allegations of Paragraph 14.

### AFFIRMATIVE DEFENSES

15. The asserted claims of U.S. Patents Nos. 5,327,657, 5,505,005 and 6,012,230 (collectively "the Renishaw Patents") are not invalid, and are enforceable and infringed by Hexagon.

## **RELIEF REQUESTED**

WHEREFORE, Renishaw requests that the Court enter judgment in Renishaw's favor and against Hexagon and provide Renishaw the following relief:

    A.    Dismiss Hexagon's counterclaims against Renishaw with prejudice and enter judgment in favor of Hexagon;

    B.    Order, adjudge and decree that the asserted claims of the Renishaw Patents are not invalid;

    C.    Order, adjudge, and decree that Hexagon has infringed and is infringing, inducing, and/or contributing to the infringement of the asserted claims of the Renishaw Patents;

    D.    Order, adjudge, and decree that this is an exceptional case under 35 U.S.C. § 285 and award Renishaw its reasonable costs and attorneys' fees; and

    E.    Award such other, further and different relief as the Court may deem just and proper.

## JURY DEMAND

Renishaw hereby demands a trial by jury on all issues so triable.

Dated:   August 28, 2008                By:  _____
James A. Oliff: Virginia Bar ID No. 14658
(joliff@oliff.com)
Edward P. Walker: Virginia Bar ID No. 24528
(ewalker@oliff.com)
John W. O'Meara:  Virginia Bar ID No. 65794
(jomeara@oliff.com)
Aaron L Webb: Virginia Bar ID No. 73621
(awebb@oliff.com)
John A. Radi: Virginia Bar ID No. 68560
(jradi@oliff.com)
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
P.O. Box 19928
Alexandria, Virginia 22314
Telephone:  (703) 836-6400

Patrick G. Burns: Illinois Bar ID No. 3122589
(pburns@gbclaw.net)
B. Joe Kim: Illinois Bar ID No. 6231039
(jkim@gbclaw.net)
GREER, BURNS & CRAIN, LTD.
300 South Wacker Drive
25th Floor
Chicago, Illinois 60606
Telephone:  (312) 360-0080
Facsimile:  (312) 360-9315

*Attorneys for Plaintiff Renishaw plc*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **RENISHAW PLC'S ANSWERS TO DEFENDANTS' COUNTERCLAIMS** was served on the 28th day of August on the following by ECF, with courtesy copy by e-mail:

> Alan L. Barry
> Patricia K. Schmidt
> Jason A. Engel
> BELL, BOYD & LLOYD LLP
> 70 W. Madison Street, 3100
> Chicago, IL 60602
> (312) 372-1121
> abarry@bellboyd.com.
> pschmidt@bellboyd.com
> jengel@bellboyd.com
>
> Attorneys for Defendant Hexagon Metrology, Inc. and TESA SA

By: _/s/ Aaron L. Webb_
Aaron L. Webb, Esq.