# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3485 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Renishaw PLC vs. Tesa SA, et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion for leave to file documents under seal [49] granted. Oral argument heard on Defendants' motion to disqualify Oliff & Berridge from its representation of Renishaw PLC [39]. Ruling to be made by mail.

Notices mailed by Judicial staff.

02:19

| | Courtroom Deputy Initials: | ETV |
|---|---|---|